M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 APR 30 A 9: 33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James E. Slaughter
_____
Full name and prison name of
Plaintiff(s)

v.

Ronald W. Hillyer
Jay Jones
Carrie Tolbert
Corey Welch
Dr. McFarland
Nurse Stewart
_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 3:07CV366mht
(To be supplied by Clerk of U.S. District
Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑ No ☐

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) James E. Slaughter

Defendant(s) Ronald W. Hillyer and the Alabama Medical Center Lee County Detention Center

2. Court (if federal court, name the district; if state court, name the county)

United States District Court

    3. Docket number _____

    4. Name of judge to whom case was assigned _____

    5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _Still Pending_

    6. Approximate date of filing lawsuit _4-13-07_

    7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Lee County detention Center_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _East Alabama Medical Center_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Jay Jones | 2311 Gateway Drive, Opelika, AL 36801 |
| 2. | Carrie Tolbert | 2311 Gateway Dr, Opelika, AL 36801 |
| 3. | Corey Welch | 2311 Gateway Dr, Opelika, AL 36801 |
| 4. | Dr. McFarland | 2311 Gateway Dr, Opelika, AL 36801 |
| 5. | Nurse Stewart | 2311 Gateway Dr, Opelika, AL 36801 |
| 6. | Ronald W. Hilyer | East AL Med Center, Opelika, AL 36801 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _November 3rd 2006_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I had a Broken Finger and Dr. McFarland side that I needed a specialist_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

So I was sent to Dr. Hillyard and had a operation. I had complained to Nurse Stewart about my hand back in September, she said that I should have thought about that before I came to jail, and she continued to ignore my condition.

GROUND TWO: After I had my operation, I was not given a follow up Ex. Ray. I told Nurse Stewart that something was still not right with my hand.

SUPPORTING FACTS: I complained from November 2006 until they finally sent me back to Dr. Hillyard at which time he said that I need another operation, he then re-casted my hand and scheduled the operation for March 30th 2007. Nurse Stewart took it apon herself to cancel my appointment.

GROUND THREE: I spoke to Nurse Stewart today April 13th about her cancelling my appointment and my hand hurting.

SUPPORTING FACTS: Nurse Stewart started to state just how much money I am costing them, and that I should take it up with my attorney if I have any problem with what she is saying. Now there saying I may not be able to bend or move my finger again.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like to be justly rewarded for my pain and suffering, both mentally and physically.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4-13-07
              (Date)

_____
Signature of plaintiff(s)

M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 APR 30 A 9:30

L_ORA P. HACKETT, CL_
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James E. Slaughter </br>
Full name and prison name of Plaintiff(s)

v.

Ronald W. Hillyer </br>
Jay Jones </br>
Currie Tolbert </br>
Corey Welch </br>
Dr. McFarland </br>
Nurse Stewart </br>
Name of person(s) who violated your constitutional rights. (List the names of all the person.)

CIVIL ACTION NO._____
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☒ No ☐

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☐

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) James E. Slaughter

Defendant(s) Lee County Detention Center, Dr. Ronald W. Hillyer

2. Court (if federal court, name the district; if state court, name the county)

United States District Court

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _Still pending_

6. Approximate date of filing lawsuit _4-12-07_

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Lee County Detention Center_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _East Alabama Medical Center_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                ADDRESS

1. Ronald W. Hillyer   East AL Med Center, Opelika, AL 36801
2. Jay Jones    2311 gateway Dr. Opelika AL, 36801
3. Carrie Tolbert  2311 gateway Dr. Opelika AL, 36801
4. Corey Welch  2311 gateway Dr. Opelika AL, 36801
5. Dr. McFarland  2311 gateway Dr. Opelika AL, 36801
6. Nurse Stewart  2311 gateway Dr. Opelika AL, 36801

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _November 3rd 2006_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I was sent to Dr. Hillyer by Dr. McFarland for a broken finger._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On Oct. 26th Dr. Hillyer informed me that he needed to operate on my finger to put it back in place.

GROUND TWO: On November 3rd I had my operation, I was told when I asked about a follow up Ex-Ray that it was not needed.

SUPPORTING FACTS: I asked Nurse Stewart, Dr. McFarland, Nurse Griffin and Dr. Hillyer why my finger still was twisted at a side angle and they said that it would change in time. Nurse Griffin stated to me more than once that my finger didn't look correct.

GROUND THREE: Whenever I spoke to Nurse Stewart she said to just work my ball and I'll start to see a difference, I told her it constantly hurt.

SUPPORTING FACTS: She always got angry and would bring up how much money I'm costing them, or she would say, you should have thought about that before you came to Jail. Now Dr. Hillyer is saying that he may have to fuse my finger and I might not be able to use it again.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like to be Rewarded For my mental and Physical anguish and Pain.

_James E. Slaughter_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4-13-07
(Date)

_James E. Slaughter_
Signature of plaintiff(s)

James E. Slaughter
Lee Co. Detention Center
P.O. Box 2407
Opelika, AL 36801

Middle District of Alabama
Office of Clerk, United States
District Court
P.O. Box 711
Montgomery, AL 36101-0711


