AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

James E. Slaughter      District of  Alabama / Lee County

RECEIVED
2007 APR 30 A 9:31
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff

V.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 3:07CV366-MHT

Defendant

I, James E. Slaughter, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant       ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Lee County Detention Center

   Are you employed at the institution?  No   Do you receive any payment from the institution?  No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes   ☑ No
   b. Rent payments, interest or dividends             ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments      ☐ Yes   ☑ No
   e. Gifts or inheritances                            ☐ Yes   ☑ No
   f. Any other sources                                ☐ Yes   ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

SCANNED
04/30/07

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  *None*

I declare under penalty of perjury that the above information is true and correct.

_4-13-07_      _James E. Slaughter_
Date                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                           LEE COUNTY JAIL
===================================================================
                        Resident Account Summary
                     Friday, April 20, 2007  @13:41
===================================================================
```

For CIN: 32147    SLAUGHTER, JAMES E

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 04/02/2007 | EPR | OID:100049379-ComisaryPur | -14.67 | 0.33 | 25.45 | 0.00 | |
| 04/02/2007 | <MEDICAL> | Payment for MEDICAL on 20 | -0.35 | 15.00 | 25.45 | 0.00 | |
| 04/02/2007 | <MEDICAL> | Payment for MEDICAL on 20 | -2.80 | 15.35 | 25.80 | 0.00 | |
| 04/02/2007 | <MEDICAL> | Payment for MEDICAL on 20 | -6.85 | 18.15 | 28.60 | 0.00 | |
| 04/02/2007 | DEPMO | S VICKERSTAFF | 20.00 | 25.00 | 35.45 | 0.00 | |
| 04/02/2007 | <MEDICAL> | Payment for MEDICAL on 20 | -5.00 | 5.00 | 35.45 | 0.00 | |
| 04/02/2007 | DEPMO | T VICKERSTAFF | 10.00 | 10.00 | 40.45 | 0.00 | |
| 03/26/2007 | MEDICAL | 1 DR VISIT, 1 MED | 13.00 | 0.00 | 40.45 | 0.00 | |
| 03/06/2007 | <MEDICAL> | 1 SICK CALL | -0.20 | 0.00 | 27.45 | 0.00 | |
| 03/06/2007 | MEDICAL | 1 SICK CALL | 10.00 | 0.20 | 27.65 | 0.00 | |
| 01/07/2007 | EPR | OID:100047122-ComisaryPur | -9.80 | 0.20 | 17.65 | 0.00 | |
| 01/07/2007 | <MEDICAL> | Payment for MEDICAL on 20 | -7.15 | 10.00 | 17.65 | 0.00 | |
| 01/07/2007 | <MEDICAL> | Payment for MEDICAL on 20 | -2.85 | 17.15 | 24.80 | 0.00 | |
| 01/07/2007 | DEPMO | L VICKERSTAFF | 20.00 | 20.00 | 27.65 | 0.00 | |
| 12/16/2006 | MEDICAL | 1 MEDICATION | 3.00 | 0.00 | 27.65 | 0.00 | |
| 12/10/2006 | EPR | OID:100046529-ComisaryPur | -1.40 | 0.00 | 24.65 | 0.00 | |
| 12/03/2006 | EPR | OID:100046341-ComisaryPur | -3.60 | 1.40 | 24.65 | 0.00 | |
| 12/03/2006 | <MEDICAL> | Payment for MEDICAL on 20 | -5.00 | 5.00 | 24.65 | 0.00 | |
| 12/03/2006 | DEPMO | R WALKER | 10.00 | 10.00 | 29.65 | 0.00 | |
| 11/14/2006 | <MEDICAL> | 1 MEDICATION | -0.20 | 0.00 | 29.65 | 0.00 | |
| 11/14/2006 | MEDICAL | 1 MEDICATION | 3.00 | 0.20 | 29.85 | 0.00 | |
| 11/05/2006 | EPR | OID:100045626-ComisaryPur | -4.80 | 0.20 | 26.85 | 0.00 | |
| 11/05/2006 | <MEDICAL> | Payment for MEDICAL on 20 | -5.00 | 5.00 | 26.85 | 0.00 | |
| 11/05/2006 | DEPMO | K WALKER | 10.00 | 10.00 | 31.85 | 0.00 | |
| 11/04/2006 | MEDICAL | 1 DR VISIT, 3 MEDS | 19.00 | 0.00 | 31.85 | 0.00 | |
| ~~10/11/2006~~ | ~~MEDIRCV~~ | ~~1 DR VISIT, 1 MED~~ | ~~-0.15~~ | ~~0.00~~ | ~~12.85~~ | ~~0.00~~ | |
| 10/11/2006 | MEDICAL | 1 DR VISIT, 1 MED | 13.00 | 0.15 | 13.00 | 0.00 | |
| 03/19/2006 | EPR | OID:100040682-ComisaryPur | -19.85 | 0.15 | 0.00 | 0.00 | |
| 03/17/2006 | DEPMO | INITIAL DEPOSIT | 20.00 | 20.00 | 0.00 | 0.00 | |

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

~~James E. Slaughter~~ _middle_ District of _Alabama_

RECEIVED
2007 APR 30 A 9: 3?

_____ P. HACKETT, CL_
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 3:07CV366-MHT

I, _James E. Slaughter_ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _No_    Do you receive any payment from the institution? _No_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other sources    ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

4-13-07                     James E. Slaughter
_____                   _____
   Date                       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                        LEE COUNTY JAIL
         ================================================
                      Resident Account Summary
                   Friday, April 20, 2007  @13:41
         ======================================================================
For CIN: 32147      SLAUGHTER, JAMES E
----------------------------------------------------------------------------------
   Date    Transaction Description              Amount    Balance    Owed    Held    Reference
----------------------------------------------------------------------------------
04/02/2007 EPR         OID:100049379-ComisaryPur -14.67     0.33     25.45    0.00
04/02/2007 <MEDICAL>   Payment for MEDICAL on 20  -0.35    15.00     25.45    0.00
04/02/2007 <MEDICAL>   Payment for MEDICAL on 20  -2.80    15.35     25.80    0.00
04/02/2007 <MEDICAL>   Payment for MEDICAL on 20  -6.85    18.15     28.60    0.00
04/02/2007 DEPMO       S VICKERSTAFF              20.00    25.00     35.45    0.00
04/02/2007 <MEDICAL>   Payment for MEDICAL on 20  -5.00     5.00     35.45    0.00
04/02/2007 DEPMO       T VICKERSTAFF              10.00    10.00     40.45    0.00
03/26/2007 MEDICAL     1 DR VISIT, 1 MED          13.00     0.00     40.45    0.00
03/06/2007 <MEDICAL>   1 SICK CALL                -0.20     0.00     27.45    0.00
03/06/2007 MEDICAL     1 SICK CALL                10.00     0.20     27.65    0.00
01/07/2007 EPR         OID:100047122-ComisaryPur  -9.80     0.20     17.65    0.00
01/07/2007 <MEDICAL>   Payment for MEDICAL on 20  -7.15    10.00     17.65    0.00
01/07/2007 <MEDICAL>   Payment for MEDICAL on 20  -2.85    17.15     24.80    0.00
01/07/2007 DEPMO       L VICKERSTAFF              20.00    20.00     27.65    0.00
12/16/2006 MEDICAL     1 MEDICATION                3.00     0.00     27.65    0.00
12/10/2006 EPR         OID:100046529-ComisaryPur  -1.40     0.00     24.65    0.00
12/03/2006 EPR         OID:100046341-ComisaryPur  -3.60     1.40     24.65    0.00
12/03/2006 <MEDICAL>   Payment for MEDICAL on 20  -5.00     5.00     24.65    0.00
12/03/2006 DEPMO       R WALKER                   10.00    10.00     29.65    0.00
11/14/2006 <MEDICAL>   1 MEDICATION               -0.20     0.00     29.65    0.00
11/14/2006 MEDICAL     1 MEDICATION                3.00     0.20     29.85    0.00
11/05/2006 EPR         OID:100045626-ComisaryPur  -4.80     0.20     26.85    0.00
11/05/2006 <MEDICAL>   Payment for MEDICAL on 20  -5.00     5.00     26.85    0.00
11/05/2006 DEPMO       K WALKER                   10.00    10.00     31.85    0.00
11/04/2006 MEDICAL     1 DR VISIT, 3 MEDS         19.00     0.00     31.85    0.00
10/11/2006 MEDIRCV     1 DR VISIT, 1 MED          -0.15     0.00     12.85    0.00
10/11/2006 MEDICAL     1 DR VISIT, 1 MED          13.00     0.15     13.00    0.00
03/19/2006 EPR         OID:100040682-ComisaryPur -19.85     0.15      0.00    0.00
03/17/2006 DEPMO       INITIAL DEPOSIT            20.00    20.00      0.00    0.00
```



Page 1