**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   c/o Ronald W. Hillyer
   East Alabama Medical Center
   2000 Pepperell Parkway
   Opelika, Alabama 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Caswell_   ☐ Agent
              ☐ Addressee

B. Received by ( Printed Name )
_Tiffani Caswell_

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

07 CV366 1:3

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 2760 0005 4873 0881

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540