IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES E. SLAUGHTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. 3:07-cv-366-MHT |
| ) | |
| RONALD W. HILYER, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME

COME NOW Lee County, Alabama Sheriff Jay Jones, Major Cary Torbert[1], Lieutenant Corey Welch[2], and Nurse Linda Stewart, Defendants in the above-styled cause, and move this Honorable Court for an extension of time in which to file their Special Report and Answer. As reasons for so moving, these Defendants state that the gathering of information with which to respond to the Plaintiff's allegations has taken longer than expected, and additional time is needed in order that a full and complete response may be made.

1.  On May 2, 2007, this Court entered an Order directing the Defendants to file a Special Report in the above-styled cause on or before June 11, 2007. Defendants' Answers are due on June 13, 2007.

2.  Counsel for the Defendants has only recently been able to meet with the Defendants and is in need of this additional time to fully review the documentation which is potentially relevant to this case in order to fully respond to the Plaintiff's allegations and provide this Court with a meaningful Special Report.

---

[1] Incorrectly designated in Plaintiff's Complaint as Major "Carrie Tolbert".
[2] Incorrectly designated in Plaintiff's Complaint as "Officer" Corey Welch.

3. In this case involving medical treatment claims, it is important for the defendants to present the affidavits from other medical defendants or health care professionals, which contain explanations of the treatment provided to the plaintiff, and interpret the information contained in the medical records. The Plaintiff alleges claims for deliberate indifference to his medical conditions. The counsel for the Defendants has obtained the Plaintiff's medical records but has not had an opportunity to meet with the physicians who treated the Plaintiff, and is in need of this additional time to obtain an affidavit from each of these physicians and from the nurse that works for the Lee County Detention Center.

4. The Defendants have not previously requested an extension of time in this case.

5. The Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including July 11, 2007.

Respectfully submitted this 7th day of June, 2007.

> **s/Winthrop E. Johnson**
> WINTHROP E. JOHNSON – Bar No. JOH086
> Attorney for Defendants Sheriff Jay Jones, Major Carrie Tolbert, Officer Corey Welch, and Nurse Linda Stewart
> WEBB & ELEY, P.C.
> Post Office Box 240909
> 7475 Halcyon Pointe Dr. (36117)
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  jwlodarczak@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 7th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

James E. Slaughter
Lee County Detention Center
P.O. Box 2407
Auburn, AL  36801

                                       **s/Winthrop E. Johnson**
                                       OF COUNSEL