IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES E. SLAUGHTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:07-CV-366-MHT |
| | ) |
| RONALD W. HILLYER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendants on June 7, 2007 (Court Doc. No. 6), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the defendants be GRANTED an extension from June 11, 2007 to and including July 11, 2007 to file their special report and answer.

Done this 7th day of June, 2007.

/s/ Terry F. Moorer
TERRY F. M,OORER
UNITED STATES MAGISTRATE JUDGE