**IN THE U.S. DISTRICT COURT OF THE UNTIED STATES
FOR MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMES E. SLAUGHTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CV. NO. 3:07-366-MHT** |
| | ) | |
| **RONALD W. HILLYER, M.D., et al.** | ) | |
| | | |
| **Defendants.** | | |

**<u>SPECIAL REPORT</u>**

COMES NOW Defendant Ronald W. Hillyer, M.D., and respectfully submits his Special

Report pursuant to this Court's Order of May 2, 2007.

I.      Introduction

The Plaintiff, an inmate at the Lee County Detention Center, filed a Complaint claiming

violations of his rights arising out of an injury to his right hand, fifth finger. Plaintiff demands

"to be justly rewarded for [his] pain and suffering, both mentally and physically."

II.      The Parties[1]

a.      The Plaintiff, James Slaughter, is an inmate currently incarcerated at the

Lee County Detention Center.

b.      Dr. Ronald Hillyer is an orthopaedic surgeon in private practice in

Opelika, Alabama.  Dr. Hillyer attended Auburn University and obtained a B.S. degree in 1971.

He graduated from the University of Alabama-Birmingham Medical School in 1974.   He

completed a surgical internship at Carraway Methodist medical Center in Birmingham, Alabama

in 1976 and orthopaedic residency at UAB from January 1976-1979.  Dr. Hillyer has been Board

---

[1] The plaintiff also brings claims against Sheriff Jay Jones, Major Cary Torbert, Lieutenant Corey Welch, Dr. McFarland and Nurse Linda Stewart.  This Special Report only addresses the Plaintiff's claims against Dr. Ronald Hillyer.

certified with the American Board of Orthopaedic Surgery since 1981.  He is currently licensed to practice medicine in the State of Alabama.  (Affidavit of Dr. Hillyer).

III.     Facts

The Plaintiff is incarcerated in the Lee County Detention Center.  Upon information and belief, he was arrested on September 9, 2006 for Robbery in the 3d degree, Resisting Arrest, and Public Intoxication.  He is set to go to trial on these charges on June 25, 2007.

In October, 2006, Dr. Ronald Hillyer saw James Slaughter in his office.  (Affidavit of Dr. Hillyer).  His right fifth finger was dislocated.  (Affidavit of Dr. Hillyer).  He reported being hit by another inmate using a bat several months prior to this office visit.  (Affidavit of Dr. Hillyer). In Dr. Hillyer's medical opinion, Mr. Slaughter needed surgery. (Affidavit of Dr. Hillyer; See attached medical records from Dr. Hillyer).  Dr. Hillyer discussed with him the risks of surgery and the possibility that the surgery would not be successful. (Affidavit of Dr. Hillyer).   On November 3, 2006, Dr. Hillyer performed an open reduction internal fixation right fifth finger. (Affidavit of Dr. Hillyer).  He continued to treat Mr. Slaughter thereafter.  (Affidavit of Dr. Hillyer).

In March, 2007, Dr. Hillyer concluded that additional surgery was necessary and performed a closed reduction and joint replacement of the right fifth finger.  (Affidavit of Dr. Hillyer).  Dr. Hillyer has continued follow up treatment of Mr. Slaughter since that time. (Affidavit of Dr. Hillyer).

The medical services Dr. Hillyer provided to Mr. Slaughter met the applicable standard of care for orthopaedic surgery.  (Affidavit of Dr. Hillyer).  At all times, Dr. Hillyer provided medical services to Mr. Slaughter which met or exceeded the applicable standard of care. (Affidavit of Dr. Hillyer).

IV.     Plaintiff's Allegations and Defendants' Response

Ground One:  It is difficult to discern what claims the plaintiff is making against Dr. Hillyer.  Nowhere in his complaint does the plaintiff allege that Dr. Hillyer engaged in any action or inaction that gives rise to a claim of a constitutional violation.  The plaintiff does complain that after his surgery, he was not given a follow up x-ray, but acknowledges that he was told that one was not needed[2].  (Complaint).  The Plaintiff points to no constitutional violation by Dr. Hillyer.

Ground Two:  Out of an abundance of caution, this Defendant will assume the Plaintiff is also making a state law claim of medical malpractice.  However, there is no evidence of any malpractice by Dr. Hillyer.  Dr. Hillyer's treatment of the Plaintiff met or exceeded the applicable standard of care.  Dr. Hillyer has performed two surgeries on the Plaintiff's finger and continues follow-up treatment.  There is no evidence, expert or otherwise, that Dr. Hillyer committed malpractice while treating the Plaintiff.

V.     Analysis of Applicable Law

A.     Federal Claims

The Plaintiff brings his claims against Dr. Hillyer, presumably under § 1983, alleging violation of his Fourteenth Amendment rights.  In order "[t]o state a claim under § 1983, a plaintiff must allege the violation of a right secured by the Constitution and laws of the United States, and must show that the alleged deprivation was committed by a person acting under color of state law."  West v. Atkins, 487 U.S. 42, 48 (1988).  The Plaintiff has not alleged a violation of his constitutional rights by Dr. Hillyer.  A Montgomery federal court held that "[w]here a

---

[2] The plaintiff apparently filed two complaints on April 30, 2007 making the same allegations against the same parties.  Although the wording is slightly different, the substance of the two documents is similar.  The two documents will be referred to collectively herein as the "Complaint".

plaintiff does not allege that a defendant personally participated in alleged constitutional deprivations, the plaintiff must establish an affirmative causal connection between the act or omission complained of and the alleged constitutional deprivations in order to sustain a § 1983 cause of action against the defendant." Ludlam v. Coffee County, 993 F.Supp. 1421 (M.D. Ala. 1998). The plaintiff fails to identify any act or omission by Dr. Hillyer that resulted in a constitutional violation. Accordingly, plaintiff fails to meet the standard by which a § 1983 claim can be sustained against Dr. Hillyer.

Further, Dr. Hillyer was not a state actor subject to suit under § 1983. As the Eleventh Circuit noted, "§1983 only provides for claims to redress State action." Rayburn v. Hogue, 241 F.3d 1341, 1347 (11th Cir. 2001). In order "[t]o obtain relief under §1983, a party must show that he or she was deprived of a federal right by a person acting under color of state law." Id. citing Patrick v. Floyd Medical Center, 201 F.3d 1313, 1315 (11th Cir. 2000). The Court pointed out that "[o]nly in rare circumstances can a private party be viewed as a State actor for section 1983 purposes." Rayburn v. Hogue, 241 F.3d at 1347. In West v. Atkins, 487 U.S. 42, 54 (1988), the U.S. Supreme Court held that a doctor employed by the state "to provide medical services to state prison inmates, acted under color of state law for purposes of §1983 when undertaking his duties in treating [an inmate's] injuries." In West, the doctor in question had a contract with the state to provide medical services to inmates. In contrast, Dr. Hillyer had no such contract with the state. Thus, the State did not contractually delegate its authority to Dr. Hillyer such that he should be considered a state actor. Plaintiff cannot establish a constitutional deprivation, nor can he establish that Dr. Hillyer was a state actor who acted with deliberate indifference to his constitutional rights.

Even if the Court finds that Dr. Hillyer was a state actor, the plaintiff's failure to identify any constitutional violation by Dr. Hillyer is fatal to his claims. The plaintiff's claims are governed by the Fourteenth Amendment, rather than the Eighth Amendment[3], because he is currently a pretrial detainee. However, "the applicable standard is the same, so decisional law involving prison inmates applies equally to cases involving … pretrial detainees." Bozeman v. Orum, 422 F.3d 1265, 1271 (11th Cir. 2005). In order to prevail on his Fourteenth Amendment claim, the plaintiff must "prove an objectively serious medical need" and "prove that the government official acted with deliberate indifference to that need." Andujar v. Rodriguez, 2007 WL 1412111 (11th Cir. 2007). Viewing the facts in the light most favorable to the plaintiff, the defendant accepts that the plaintiff had an objectively serious medical need. However, the plaintiff cannot establish that Dr. Hillyer acted with deliberate indifference in treating the plaintiff's injury. In order to "satisfy this subjective part of the Fourteenth Amendment inquiry, [the plaintiff] is required to prove three things: (1) that [Dr. Hillyer] knew of a risk of serious harm; (2) that [Dr. Hillyer] disregarded that risk; and (3) that the conduct of [Dr. Hillyer] amounted to more than gross negligence." Id. There is no evidence, nor can there be, that Dr. Hillyer knew of plaintiff's injury before October, 2006, when Dr. Hillyer saw plaintiff in his office with a dislocated finger. Dr. Hillyer's medical opinion was that the plaintiff needed surgery, and surgery was performed on November 3, 2006. Dr. Hillyer continued to treat the plaintiff, concluded that additional surgery was needed, and second surgery was performed. Dr. Hillyer has continued to treat the plaintiff.

The Plaintiff's complaint against Dr. Hillyer is unclear. Dr. Hillyer made the medical decision that the Plaintiff needed an open reduction internal fixation right fifth finger. In March,

---

[3] The Eighth Amendment applies to constitutional claims brought by convicted prisoners. See Bozeman v. Orum, 422 F.3d 1265 (11th Cir. 2005).

2007, Dr. Hillyer concluded that additional surgery was necessary and performed a closed reduction and joint replacement of the right fifth finger.  In his Complaint, the Plaintiff claims that he should have had a follow-up x-ray after his surgery.  He goes on to note that he was told that he did not need a follow-up x-ray.  Even if the plaintiff does not "agree with the method of treatment provided, matters of medical judgment do not give rise to a §1983 claim."  Id. at 492. Additionally, it is undisputed that the plaintiff received medical care from Dr. Hillyer and others. The Eleventh Circuit has noted that "when a prison inmate has received medical care, courts hesitate to find a [constitutional] violation."  Waldrop v. Evans, 871 F.2d 1030, 1035 (11th Cir. 1989).

B.    State Law Claims

It is unclear whether the plaintiff brings a state law claim for medical malpractice against Dr. Hillyer.  In any event, the plaintiff cannot establish any such state law claim against Dr. Hillyer.  In order:

> to establish a cause of action for medical malpractice, a plaintiff must establish, generally by expert testimony:  (1) the appropriate standard of care, (2) a breach of that standard of care, and (3) a proximate causal connection between the defendant doctor's act or omission constituting the breach and the injuries sustained by the plaintiff.  Unless the cause and effect relationship between the breach and the standard of care and the subsequent complication or injury is so readily understood that a lay person can reliably determine the issue of causation, a plaintiff must establish causation through expert testimony.

Prowell v. Children's Hospital of Alabama, 949 So.2d 117, 126 (Ala.2006)(internal quotations and citations omitted).  The plaintiff has not established, and cannot establish, through medical expert testimony that any act or omission by Dr. Hillyer violated the applicable standard of care.  Indeed, Dr. Hillyer performed two surgeries on the Plaintiff and continues to provide him care.  Further, Dr.

Hillyer, at all times, provided medical services to the plaintiff which met or exceeded the applicable standard of care.

    VI.    Immunity[4]

    a.    Immunity Under Article 1 § 14 of the Alabama Constitution of 1901

"When Article 1, § 14 Alabama Constitution of 1901, has been violated, a trial court is without jurisdiction to entertain the action and the action must be dismissed." Sholas Community College v. Colagross, 674 So.2d 1311 (Ala. Civ. App. 1995). The Alabama Constitution mandates that "the State and its agencies have absolute immunity from suit in any court." Id. (citing Phillips v. Thomas, 555 So.2d 81, 83 (Ala. 1989)). State officers "in their official capacities and individually, are also absolutely immune from suit when the action is, in effect, one against the state." Colagross, 674 So.2d at 1313 to 1314 (citing Phillips v. Thomas, 555 So.2d at 83). If Dr. Hillyer is considered a state actor for the purposes of § 1983, the action against him is an action against the state. Accordingly, summary judgment is due to be granted to him with respect to any state law claims pursuant to Article 1, § 14 of the Alabama Constitution of 1901.

    b.    Substantive Immunity

The Alabama Supreme Court has held that the "doctrine of substantive immunity may yet be invoked if the official or employee (1) is engaged in the exercise of a discretionary function; (2) is privileged and does not exceed or abuse the privilege; or (3) is not negligent in his responsibility." DeStafney v. University of Alabama, 413 So.2d 391 (Alabama 1981). The Alabama Supreme Court has further noted that state officers or employees are entitled to substantive immunity "if they were engaged in the exercise of a discretionary function." Nance

---

[4] Although Dr. Hillyer contends that he is not a state actor, in the event the Court finds to the contrary, Dr. Hillyer asserts that he is entitled to immunity.

by and through Nance v. Matthews, 622 So.2d 297 (Ala. 1993).  The Court noted that Black's Law Dictionary defines discretionary acts as "those acts [as to which] there is no hard and fast rule as to course of conduct that one must or must not take and, if there is [a] clearly defined rule, such would eliminate discretion…one which requires exercise in judgment and choice and involves what is just and proper under the circumstances."  Id. (citing Black's Law Dictionary 419 (5th Ed. 1979)).  Dr. Hillyer acted within his discretion when providing medical attention to Plaintiff, and accordingly, is entitled to substantive immunity for any state law claims.

        c.      Official Capacity Immunity

The United States Supreme Court has held that "a state is not a person within the meaning of § 1983."  Will v. Michigan Depart. Of State Police, 491 U.S. 58 (1989).  The Court has further held that "§ 1983 provides a federal forum to remedy many deprivations of civil liberties, but it does not provide a federal forum for litigants who seek a remedy against a state for alleged deprivations of civil liberties."  Id.  The court went on to note that "suit against a state official in her or her official capacity is not a suit against the official but rather is a suit against the official's office."  Id.  The Court, therefore, held that "neither a state nor its officials acting in their official capacities are persons under § 1983."  Id.  If Dr. Hillyer was at all material times hereto a state actor, acting in his official capacity, he is not subject to liability pursuant to § 1983.

There was no deliberate indifference by Dr. Hillyer.  If Dr. Hillyer was a state official, he was acting in good faith and is immune from suit under Article I, § 14 of the Alabama Constitution of 1901 and in accordance with the doctrine of substantive and official capacity immunity.

VII.    Conclusion

The Plaintiff demands "to be justly rewarded for [his] pain and suffering, both mentally and physically". However, Plaintiff has failed to prove any constitutional deprivation and has failed to set forth any evidence of denial of medical attention and/or adequate medical care.

VIII.   Motion for Summary Judgment

The Defendant respectfully requests this Honorable Court to treat his Special Report as a Motion for Summary Judgment and grant the same unto him.

Respectfully submitted this 11th day of June, 2007.

/s/ Emily C. Marks_____

/s/ E. Ham Wilson, Jr._____
Attorneys for Ronald Hillyer, M.D.

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334)387-7680

9

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this June 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daryl L. Masters
Webb & Eley
P O Box 240909
Montgomery, AL  36124

The following person, not registered with the CM/ECF system, was served by U.S. mail:

James E. Slaughter
Lee County Detention Center
P.O. Box 2407
Opelika, AL  36801

by placing same in the U.S. mail postage prepaid on this the 11th day of June, 2007.

/s/ E. Ham Wilson, Jr.
OF COUNSEL

10

## IN THE U.S. DISTRICT COURT OF THE UNTIED STATES FOR MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

JAMES E. SLAUGHTER,                )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )          CV. NO. 3:07-366-MHT
                                   )
RONALD W. HILLYER, M.D., et al.,   )
                                   )
        Defendants.                )

### AFFIDAVIT OF RONALD W. HILLYER. M.D.

Before me, the undersigned authority, on this day personally appeared Ronald W. Hillyer, M.D. who being by me first duly sworn, deposed and stated upon his oath the following:

My name is Ronald W. Hillyer. I am over the age of 21 years. I have personal knowledge of the following:

I am, and at all material times hereto have been, a board certified orthopaedic surgeon in private practice in Opelika, Alabama. I attended Auburn University and obtained a B.S. degree in 1971. I graduated from the University of Alabama-Birmingham Medical School in 1974. I completed a surgical internship at Carraway Methodist medical Center in Birmingham, Alabama in 1976 and orthopaedic residency at UAB from January 1976-1979. I have been Board certified with the American Board of Orthopaedic Surgery since 1981. I am currently licensed to practice medicine in the State of Alabama.

In October, 2006, I saw James Slaughter in my office. His right fifth finger was dislocated. He reported being hit by another inmate using a bat several months prior to this office visit. In my medical opinion, Mr. Slaughter needed surgery. I discussed with him the risks of surgery and the possibility that the surgery would not be successful. On

November 3, 2006, I performed an open reduction internal fixation right fifth finger. I continued to treat Mr. Slaughter thereafter.

In March, 2007, I concluded that additional surgery was necessary and performed a closed reduction and joint replacement of the right fifth finger.

I have continued follow up treatment of Mr. Slaughter since that time.

The medical services I provided to Mr. Slaughter met the applicable standard of care for orthopaedic surgery. At all times, I provided medical services to Mr. Slaughter which met or exceeded the applicable standard of care. Attached hereto are the medical records relating to my care of Mr. Slaughter which are kept in the ordinary course of business.

Done this _6_ day of June, 2007.

RONALD W. HILLYER, M.D.

STATE OF ALABAMA
COUNTY OF _Lee_

Before me, the undersigned Notary Public, did personally appear RONALD W. HILLYER who states to me that he is aware of the contents of the foregoing document, and that he did execute it voluntarily.

SWORN TO and SUBSCRIBED before me on this the _6_ day of _June_, 2007.

NOTARY PUBLIC
My commission expires: _6/10/2009_

# PATIENT INFORMATION SHEET The Orthopaedic Clinic

Please Fill Out Completely:

## Patient's Information:

Patient's Name: James E. Slaughter          MRN:          SSN: 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

Date of Birth: 10-6-63    Age: 45    Referred By:    Friend/Relative    Yellow Pages

Physician

Patient's Address: 904 Home Ave          Auburn          Ala          36830
                                                    (CITY)          (STATE)    (ZIP CODE)

Patient's Home Phone: 334 502 6501    Work:    334 501 9464    (CITY)          Cell:

Marital Status: ☐Married ☑Single ☐Divorced    Sex: ☑Male ☐Female    Occupation:

Employer:          Employer Phone:

## Responsible Party Information:

Responsible Party: Lee County Sheriff Dept          Date of Birth: 85

Resp. Party's Address: 731-3590 or 737-3591
                       Holley-LM          (CITY)          (STATE)    (ZIP CODE)

Resp. Party's Phone:    Primary:          Secondary:

Emergency Contact Name: Linda Vickerstaff    Emergency Contact Relationship:

Phone: 334-501-9464

Employer:          Employer Phone:

## Accident Information

Date of Accident or Injury: July 4, 2006          Is an Attorney Involved?    ☐Yes    ☐No

Is this visit related to a car accident?    ☐Yes    ☐No    If so, Attorney Name:

Is this visit related to a work injury?    ☐Yes    ☐No

Where did Accident Occur: Outside of the house

## Primary Insurance Information

Primary Insurance Co:          Sex: ☐Male ☐Female

Member Name:          Member ID No:

Group Number:          Group Name:

Relationship:

SSN:          Date of Birth:

## Secondary Insurance Information

Primary Insurance Co:          Sex: ☐Male ☐Female

Member Name:          Member ID No:

Group Number:          Group Name:

Relationship:

SSN:          Date of Birth:

## AUTHORIZATION FOR SERVICES

This signature below serves as authorization for services rendered by The Orthopaedic Clinic for the above named patient and release of information nessesary to file Insurance, and assign benifits otherwise payable to the policy holder, doctor, or group indicated on the claim. I understand that I am financially responsible for any balance not covered by the insurance carrier. A copy of this signature is as valid as the originals.

## AUTHORIZATION FOR SERVICES

The signature below serves as authorization for The Orthopaedic Clinic to disclose or receiver medical information for the purpose of patient referral. A copy of this signature is as valid as the originals.

I acknowledge that I have been provided access to notice of practices of The Orthopaedic Clinic.

Signature: Jimi Slaughter          Signature: Lee County Sheriff Dept.    Date: 10/09/06
          (Patient)                              (Responsible Party)

# The Orthopaedic Clinic

Date: 05/16/2007   Account #: 12516   **Ticket #: 049704**   Appt. D/T:   **5/16/2007  3:10PM**
Patient Name: **James  Slaughter**   MRN: M107041   Appt Type:   RF 10
Address:   962 Home Ave   Doctor:   Ronald  W Hillyer MD
   Auburn, AL  36830   Facility:   The Orthopaedic Clinic, P.C.
   Ref Dr:
Home   (334) 602-6501   Co-pay:   Insurance 100%
DOB:   10/06/1963   Age: 43 yrs   Sex:  M   Financial Class:  Prison System
Primary Ins:   Lee County Sheriff Dept   Last Diag:   843.44 (current dislocation of hand)
Secondary Ins:   Current Diagnosis:

Pt Notes: rt hand inj.

X-Ray Number: M75569XR
4/2010 5X Z1a, G4 F3 (tWt/)

Doctor:

Date:

Patient's Name:

Medical Record #:

Diagnosis:

Accident Date:

X-Ray Taken:

Type:

Fracture / Location:

Medication:

Goods Dispensed:

Medications Dispensed:

Ordered:

Physical Therapy:

Status:

Visit:

| | | BRX (?) | Mat | | | Fit's [charges] |
|---|---|---|---|---|---|---|
| | | | | | | |

# THE ORTHOPAEDIC CLINIC, P.C.

## <u>MEDICAL RELEASE FORM</u>

Effective April 14, 2003 (due to federal guidelines under HIPAA) we are now required to have a release form signed by the patient before we can give out any medical or financial information to any person other than the patient.

Please list below the names, relationship, and phone numbers of any authorized individuals (spouse, family members, friends, caregivers, etc.) that we may discuss your medical or financial information with.

| NAME | RELATIONSHIP | PHONE NUMBER |
|---|---|---|
| 1. Lee County SheriFF Dept | | 334-749-5651 |
| 2. | | |
| 3. | | |
| 4. | | |

**May we leave medical information on your "home" answering machine?**     Yes ___✔___ No_____

**May we leave appointment information on your "home" answering machine?**     Yes ___✔___ No_____

_James Slaughter_
Signature of Patient/Parent                                             Date

<b>OR</b>

If you do not want any of your medical or financial information discussed with anyone other than yourself please sign here.

_____
Signature of Patient/Parent                                             Date

**The above information is private and confidential and will be placed in your medical chart. The information on this form will remain valid until we are notified otherwise.**

I. ..dical Arts Center
121 North 20th St. #18
P.O. Box 2125
Opelika, AL  36803-2125
(334) 749-8303

762-A East Glenn   nue
Auburn, Alabama 36830
(334) 501-2290

10 Medical Park
Valley, AL 36854
(334) 756-3146

EI _____
EO ___✓___
DI _____
DO _____

rthopaedic Clinic

CT # 10n041

PT. NAME  James Slaughter

| OR. | Ref. DR. | AD Admit | DXCode ICD-9 | Procedure Code-CPT | Service Date | Description | Price |
|---|---|---|---|---|---|---|---|
| WH |  |  | 718.34 | 26715 PM | 11/3 | ORIF (R) 5th finger | 1050 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| nSB |  |  | 718.34 | 26715-ASF | 11/3 | Asst | ◯ |
|  |  |  |  |  |  |  |  |

Total Charges $  1050



The
**Orthopaedic
Clinic**

# M107041                      James Slaughter                      05/16/07

## CLINIC CHART NOTE

**PROBLEM:**  Status post chronic dislocation of the MCP joint of the right-hand fifth finger.

**IMAGING:**  X-rays taken today show position of the prosthesis itself.

**PLAN:**  Our plan will be to see him back in two to three weeks.  We will initiate therapy and see how he is progressing.  We have told him, as we have all along, that this will not be a normal finger as the injury that resulted from July of last year was the initiation of the problem.


Ronald Hillyer, M.D.
To expedite delivery, faxed documents are sent prior to physician review.
RH/md/3238587



The
**Orthopaedic
Clinic**

# M107041                              James Slaughter                              05/02/07

### CLINIC CHART NOTE

**PROBLEM:** Status post Ascension prosthesis, little finger.

**SUBJECTIVE:** He is doing relatively well.

**OBJECTIVE:** Configuration is good. The wound is healing. It did have mild drainage from the apex of the incision.

**PLAN:** Plan will be to culture the incision and remove his sutures today. Continue casting for two more weeks. At that time, we will allow him to start working more with mobilization.


Ronald Hillyer, M.D.
To expedite delivery, faxed documents are sent prior to physician review.
RH/md/3194809



**The**
**Orthopaedic**
**Clinic**

# M107041                          James Slaughter                          04/23/07

### CLINIC CHART NOTE

**PROBLEM:** Status post Ascension arthroplasty of the MCP joint of the right hand.

**SUBJECTIVE:** He is doing well.

**OBJECTIVE:** The wound looks clean today. No evidence of any infection.

**PLAN:** Plan will be to re-cast and see him back in a week for suture removal.


Ronald Hillyer, M.D.
To expedite delivery, faxed documents are sent prior to physician review.
RH/md/3165000



**The**
**Orthopaedic**
**Clinic**

# M107041          4|4|07 *dnwa*     James Slaughter                    03/21/07



### CLINIC CHART NOTE

**PROBLEM:** Status post dislocation with persistent dislocation, right 5th MCP joint. The dislocation occurred some time last summer and we tried to do an open reduction, which was unsuccessful.

**PLAN:** Our plan will be to consider doing a prosthesis versus that of a fusion in the near future.


Ronald Hillyer, M.D.
To expedite delivery, faxed documents are sent prior to physician review.
RH/tp/3062930

HILL-008



**The Orthopaedic Clinic**

# M107041                        James Slaughter                        12/20/06

### CLINIC CHART NOTE

**PROBLEM:** Status post dislocation of the right MCP joint.

**SUBJECTIVE:** James returns. He continues to have rotational deformity of the little finger with hypersensitivity of the little finger.

**PLAN:** Initiate therapy for range of motion type exercises. We would like to recheck him back in a month and see how he is progressing.

Ronald Hillyer, M.D.
To expedite delivery, faxed documents are sent prior to physician review.
RH/ds/2787987



# M107041                          James Slaughter                          12/06/06

### CLINIC CHART NOTE

**PROBLEM:** Status post dislocated MCP joint of the little finger.

**OBJECTIVE:** He continues to have some tenderness and tightness.

**PLAN:** Plan will be to remove the pin today and see him back in two weeks and start him working with mobilization.


Ronald Hillyer, M.D.
To expedite delivery, faxed documents are sent prior to physician review.
RH/md/2734972



**The Orthopaedic Clinic**

# M107041                           James Slaughter                           11/22/06

## CLINIC CHART NOTE

**PROBLEM:**  Status post Kaplan dislocation.

**SUBJECTIVE:**  The pin has migrated.

**PLAN:**  The plan will be to him in a dorsal splint with cutout for his pin.  Also write a prescription for some Ultram.  See him back in two weeks and will plan on removing the pin at that point.  We will get x-rays prior to pin removal.


Ronald Hillyer, M.D.
To expedite delivery, faxed documents are sent prior to physician review.
RH/sm/2698647

HIL-011



**The**
**Orthopaedic**
**Clinic**

# M107041                          James Slaughter                          11/13/06

## CLINIC CHART NOTE

**PROBLEM:**  Status post chronic Caplan's, dislocation of MCP joint.

**SUBJECTIVE:**  He continues to have persistent difficulty with the finger.

**OBJECTIVE:**  Position is flexed.

**PLAN:**  Plan will be to see him back in a week for pin removal.  We removed his sutures today.


Ronald Hillyer, M.D.
To expedite delivery, faxed documents are sent prior to physician review.
RH/md/2671076

HIL-012



The
**Orthopaedic
Clinic**

# M107041                              James Slaughter                              11/09/06

## CLINIC CHART NOTE

**PROBLEM:** Chronic dislocation of the MCP joint fifth finger.

**SUBJECTIVE:** Dr. Hillyer did an operation with reduction and pinning. He is here for followup.

**OBJECTIVE:** Wound looks good, no evidence of infection.

**IMAGING:** X-rays show the MCP joint in satisfactory position.

**ASSESSMENT:** Chronic dislocation of metacarpophalangeal.

**PLAN:** Redress. Return next week to see Dr. Hillyer.


James Whatley, Jr., M.D.
To expedite delivery, faxed documents are sent prior to physician review.
JW/dm/2663264

HIL-013



**The Orthopaedic Clinic**

# M107041                              James Slaughter                              10/09/06

## CLINIC CHART NOTE

P:  Chronic dislocation MCP joint right hand.

S:  James had a dislocation in the county jail.  Was supposed to come to the clinic for follow-up; he did not come to the clinic.  This happened earlier in the year.

X-rays taken show a chronically displaced MCP joint.

P:  Our plan will be to do an open reduction, as closed reduction was unsuccessful.  We will plan to do this on Friday.


Ronald Hillyer, M.D.
To expedite delivery, faxed documents are sent prior to physician review.
RH/lp/2575225

HIL-014

**NAME:** James Slaughter                  **DATE:** 10/9/06

**CHART NO.:** _____    **REFERRING M.D.:** _____

**AGE:** 43    **SEX:** M    **CIVIL STATUS:** _____

**OCCUPATION:** _____    **EMPLOYER:** _____

**WORK STATUS:** [] Not Working [] Regular duty [] Disability
              [] Restricted, due to injury

[] OJI _____    [] 2nd Opinion    [] MVA

[] Medical-Legal    [] Attorney _____

**Complaint:** (R) hand    5th digit

**History of this problem:**
Pt states about 2 months while in Lee County
Jail another inmate try to hit him w/ bat
he try to block the hit and the bat hit his
(R) hand

**Allergies:** ⊖ _____

**Medical update:** [] HTN          [] BLOOD DISORDERS

              [] DIABETES          [] BLEEDING DISORDERS

⊖          [] RA          [] HEART PROBLEMS

              [] KIDNEY PROBLEMS          [] LUNG PROBLEMS

              [] CANCER          [] GOUT

              [] OTHER _____

**Regular Family Physician or Internist:** _____

**Previous Surgeries:**

**Current Medications:**



User: Beals, Barbara L          Date: 5/16/2007 3:42:18 PM    Outreach
**CONFIDENTIAL**

| Location | Ind | Patient Name | Admit Date | Acct# | MR# | Sex | DOB |
|----------|-----|--------------|------------|-------|-----|-----|-----|
| LB - | | SLAUGHTER, JAMES E | 05/02/2007 | 7700464395 | 862537 | M | 10/06/1963 |

### SYSTEM COPY
### NOT A LEGAL DOCUMENT
### RE-DISCLOSURE PROHIBITED

**Test Name:** C Pust/Absces
**Accession#:** 65686807
**Source:** Abscess&Abscess

**Collection Date/Time:** 05/02/2007 12:00
**Resulted Date/Time:** 05/04/2007 11:24

**Final Report**
**Status:** Completed
Heavy Growth: Staphylococcus aureus ***Note: Oxacillin Resistant***
Notified voice mail of MRSA

**Organism: Staphylococcus aureus**

| | |
|---|---|
| Amox/Cla | Resistant |
| Amp | BLac |
| Amp/Sul | Resistant |
| Cefaz | Resistant |
| Ceftri | Resistant |
| Clinda | Susceptible |
| Eryth | Susceptible |
| Gent | Susceptible |
| Levo | Susceptible |
| Lzd | Susceptible |
| Ox | Resistant |
| Pen | BLac |
| Rif | Susceptible |
| Syn | Susceptible |
| Tetra | Susceptible |
| SXT | Susceptible |
| Vanc | Susceptible |



HIL-016

2000 PEPPERELL PK
OPELIKA, AL 3680
(334) 705-2250

east
alabama
medical
center

- FOR LAB USE ONLY -

ING: ☐ YES ☐ NO   DATE DRAWN: _____   TIME DRAWN: _____   TECH INITIALS: _____

TURE SOURCE: _____   ORDERING PHYSICIAN: _____

TOP ____   SERUM ____   PLASMA ____   SST ____   LAV ____   GREEN ____
Y   ____   BLUE ____   URINE ____   OTHER _____

HIL-017

# THE ORTHOPAEDIC CLINIC, P.C.

## RADIOLOGY

| -RAY # | DOB | FAMILY NAME | FIRST NAME | MIDDLE NAM |
|---|---|---|---|---|
| DATE | EXAM | COMMENTS | | |
| 0.9.06 | (R) hand | | | |
| 11.9.06 | (R) hand | | | |
| 5/21/07 | (R) hand | | | |
| 5.46.07 | (R) hand | | | |

Slaughter, James
DOB: 10/06/1963
MRN: M107041
X-Ray #: M755G9XR

**STEP 1:**

Date of Procedure: 11/1/06 ~~10/13/06~~

☐ Check here if site is an excluded site:
- Single organ cases (e.g., Cesarean section, cardiac surgery)
- Interventional cases for which the catheter/instrument insertion site is not predetermined (e.g. cardiac cath, central venous line)
- Teeth- no mark required, BUT mark on diagram.
- Infants <1 year, for whom the mark may cause a permanent tattoo
- Obvious wound or lesion



**STEP 2: Patient Verification**
*(i.e. Building 17, Registration. At time of admission or entry to facility. Any time care of patient is transferred to another caregiver)*

Person Completing Verification:_____Dept. ____
☐ Patient asked to state full name, procedure and point to site.
☐ Patient responses match, if applicable, ID band, consents, x-rays, and all other relevant data.

Person Completing Verification:_____Dept.____
☐ Patient asked to state full name, procedure and point to site.
☐ Patient responses match, if applicable, ID band, consents, x-rays, and all other relevant data.

Person Completing Verification:_____Dept.____
☐ Patient asked to state full name, procedure and point to site.
☐ Patient responses match, if applicable, ID band, consents, x-rays, and all other relevant data.

Person Completing Verification:_____Dept.____
☐ Patient asked to state full name, procedure and point to site.
☐ Patient responses match, if applicable, ID band, consents, x-rays, and all other relevant data.

**REFUSAL for SITE MARKING**
I,_____ do hereby refuse to
have the site/side of my surgery/procedure marked to indicate the correct site. The purpose of having the site/side marked has been explained to me. The risk of not having the site/side marked has also been explained to me.

Patient's Signature _____    Date _____

☐ Check here if the site will be determined in the operating room on the day of surgery based on intraoperative testing or intraoperative site marking.

MD performing procedure must initial here to verify operative field as marked above. (**not required for excluded sites**)

**STEP 3: SITE MARK** *Completed by pre-op, unless patient will bypass pre-op. If pre-op bypassed, then to be completed by RN in department patient leaves prior to entering OR/Procedural area.*

| √ when completed) | Signature |
|---|---|
| ☐ Invasive or surgical site is marked, by initials of person marking the site, over or adjacent to the surgical/procedural site incision with a surgical marking pen *(unless excluded site)* | |

**STEP 4: TIME-OUT**

| √ when completed) | Signature |
|---|---|
| ☐ "Time-out" immediately before the start of the procedure for final verification of correct patient, correct site, correct procedure *(including availability of x-rays, implants, special equipment if applicable)* | |

*Please explain any discrepancies above:*_____

Signature:_____    James Stauffer    HIL-019

I authorize the performance upon _Myself James Slaughter_ of the

following operation/procedure: _ORIF right fifth finger_

to be performed under the direction of Dr. _R. W. Hilligan_

It has been explained to me that sometimes during an operation/procedure it is discovered that additional procedures are needed immediately. If I need such additional procedures during my operation/procedure, I permit the doctor to proceed.

I certify that I have removed all dentures, prostheses, glasses and jewelry (including body piercings) or assume responsibility for any loss or damage that result from my failure to do so.

I consent to the administration of such anesthetics as may be considered necessary or advisable by the physician responsible for this service.

I understand that all the physicians involved in my care are independent contractors and not agents, servants or employees of the hospital.

I consent to the disposal by the hospital authorities of any tissue or parts that may be removed.

East Alabama Medical Center serves as a training site for students in a variety of different healthcare professions. With permission of your physician, students may be allowed to observe procedures that would serve to benefit their educational experience. If you object to observers, please indicate here:

☐ Do not allow students to observe any procedure performed on me.

I understand that medical equipment/supply company representatives will sometimes be present during a procedure to instruct medical personnel on new equipment or supplies. If you object to observers, please indicate here:

☐ Do not allow medical equipment/supply company representatives to observe any procedure performed on me.

I understand that my physician may wish to take photographs or films of me during the course of my treatment to be made part of the medical record. I do not object to the taking of these films.

The nature and purpose of the operation/procedure, possible alternative methods or treatment, the risks involved, and the possibility of complications have been explained to me. No guarantee or assurance has been given by anyone as to the results that may be obtained.

I certify that I have read and fully understand the above consent to operation/procedure, that the explanations therein referred to were made, and that all blanks or statements requiring insertion or completion were filled in and applicable paragraphs, if any, were stricken before I signed.

_10/9/06_    Patient's Signature: _James Slaughter_

Witness: _Jonekia Sims_

Patient is a minor or unable to sign, please sign and note reason:

_____    _____    _____
Legal Guardian                                       Other/Relationship

I certify that I have explained the risks and benefits and possible alternative treatment to the patient.

_____    _10/9/06_    _____
Signature                 Date         Time

**East Alabama Medical Center**
CONSENT TO OPERATION, ANESTHETIC,
AND/OR INVASIVE PROCEDURE

Patient Identification

HILL-020

| Date | 10/9/06 | Chief Complaint: |
|---|---|---|

**History of Present Illness:**

**Pertinent Tests:**

**Diagnosis:**

**Planned Surgical Procedure:**

**Allergies:** NKDA

**Current Medications:**

---

**Personal History**

| | | | Yes/No | | Yes/No | |
|---|---|---|---|---|---|---|
| Tobacco Use: | ☑ Yes ☐ No | Abnormal EKG | ☐ Yes ☑ No | Mitral Valve Prolapse | ☐ Yes ☑ No |
| ☐ Snuff ☐ Cigar ☑ Cigarettes ☑ Pipe | | Angina: | ☐ Yes ☑ No | Valve Replacement: | ☐ Yes ☑ No |
| Alcohol Use: | ☑ Yes ☐ No | Coronary Artery Disease: | ☐ Yes ☑ No | Liver Disease | ☐ Yes ☑ No |
| Recreational Drug Use: | ☐ Yes ☑ No | CABG. | ☐ Yes ☑ No | Diabetes | ☐ Yes ☑ No |
| Asthma: | ☐ Yes ☑ No | Hypertension | ☐ Yes ☑ No | Kidney Disease | ☐ Yes ☑ No |
| COPD | ☐ Yes ☑ No | Cardiomyopathy | ☐ Yes ☑ No | Type of Kidney Dx | |
| Pneumothorax | ☐ Yes ☑ No | CVA: | ☐ Yes ☑ No | Bleeding Disorder | ☐ Yes ☑ No |
| Epilepsy | ☐ Yes ☑ No | PVD: | ☐ Yes ☑ No | Blood Transfusion | ☐ Yes ☑ No |
| Cancer | ☐ Yes ☑ No Type | | | GI Disease Type | ☐ Yes ☑ No |

Personal History of Anesthetic Problems: NC

Family History of Anesthetic Problems: NC

Family History of Bleeding Problems: NC

Past Surgeries (dates):

Alternative Medicine:

| Physical Examination: | BP: 140/90 | HR: 60 | RR: | Temp: 97.4 | Wt: | Ht: |
|---|---|---|---|---|---|---|

| System | WNL | Not Examined | Comments |
|---|---|---|---|
| HEENT: | | ✓ | |
| Neck: | | ✓ | |
| Lungs: | | ✓ | |
| Heart: | | ✓ | |
| Abdomen: | | ✓ | |
| Breast: | | | |
| Lymph: | | | |
| GU: | | | |
| Neuro: | | | |
| Extremities: | | | |
| Other: | | | |

Risks, benefits, and alternatives have been explained to the patient.

MD Signature: _____ Date: 10/9/06

Comments:

**East Alabama Medical Center**
**History and Physical Examination**
**In-Patient and Out-Patient Surgery**
Fax form to:

Form # 704-02a

James Slaughter

**DRUG ALLERGIES:** NKDA

| DATE&TIME | | STANDARD ADMISSION / PRE-OP ORDERS FOR ORTHOPAEDICS |
|---|---|---|

9/3/06

1. **Admission:** ☒ Outpatient Surgery ☐ Inpatient
2. **Admit to:** ☐ Ortho ☐ PCU/Telemetry ☐ ICU
3. **MD:** R. W. Hillyer
4. **Diagnosis:** Chronic metacarpal phalanx dislocation w/c
5. **Procedure:** ☒ Get op permit signed for: as written fifth finger

6. **Vital signs:** ☒ Routine ☐ Other
7. **Diet:** ☒ NPO after MN ☐ Other:
8. **Laboratory:** ☐ CBC ☐ EKG ☐ Profile 1 ☐ II ☐ III
   ☐ H&H ☐ CBC with Diff ☐ Type/Screen ___ units of PRBC's
   ☐ PT ☐ C&S Urine ☐ Type/Cross ___ units of PRBC's
   ☐ PTT ☐ U/A ☐ Autogolous ___ units
   ☐ Other labs:
9. **Radiographs:** ☐ CXR ☐ G-Film Knees ☐ Other:
10. **Allergies:** NKDA
11. **Medications:** ☐ Tylenol 500 mg 1-2 tabs po q 4-6 hrs prn pain/temp >101
    (No more than 4gm in 24 hrs)
    ☐ Tylenol #3 or ☐ Percocet 5/325 mg I-II tabs p.o. q 4-6 hrs prn pain
    ☐ Ambien 10 mg po prn q h.s. if patient is <65 yrs old
    ☐ Ambien 5 mg po prn q h.s. if patient is >65 yrs old
    ☐ IV Fluids:
    ☐ Antibiotics:
12. **Other Meds:**
13. **Miscellaneous:** ☐ Foley ☐ Straight Cath q 6 hrs prn
    ☐ Compression Sleeves
    ☐ C&S checks q ___ hrs ☐ Traction:
14. **Consults:** ☐ SNF if Medicare
    ☐ Physical Therapy RE:
    ☐ Medical M.D. RE:

Physician: _Hillyer_

Patient Identification

**EAST ALABAMA MEDICAL CENTER**

# East Alabama Medical Center

2000 Pepperell Parkway
Opelika, Alabama 36801

**SLAUGHTER, JAMES E**

| | | | |
|---|---|---|---|
| MRN: | 0000862537 | Admit Date/Time: | 11/3/2006 8:29:00 AM |
| Financial #: | 0629800407 | Discharge Date/Time: | 11/3/2006 11:59:00 PM |
| DOB: | 10/6/1963  Age:   43 years  Sex: Male | Location: | OS |
| | | Patient Type: | OPS |
| | | Chart Copy to DR: | **Hillyer MD, Ronald W** |

## Operative Report

Operative Report

**PATIENT NAME:** Slaughter, James E

**DATE OF PROCEDURE:** 11/03/2006

**OPERATIVE PROCEDURE:**  Open reduction internal fixation right fifth finger.

**SURGEON:**   Dr. Ronald Hillyer.

**FIRST ASSISTANT:** Scott Benson, PA-C

**FIRST ASSISTANT TIME IN:**   10:06

**FIRST ASSISTANT TIME OUT:**        10:29

**FIRST ASSISTANT OPERATIVE DUTIES AND RESPONSIBILITIES:** The patient was brought to the operating room, after adequate anesthesia was induced, a tourniquet was placed on the right upper extremity.  The right arm was prepped in a sterile fashion by the circulating nurse.  Sterile drapes were then applied.  An Esmarch was used to exsanguinate the arm and tourniquet pressure was elevated to 250.  Fluoroscopy was then brought in and under the guidance of fluoroscopy reduction of the right fifth finger fracture was checked for alignment.  A 4.5 guide pin was placed distally to proximally across the fracture site.  When adequate reduction had been obtained as examined under fluoroscopy the pin was cut.  Pin ball was placed on the tip of the pin.  The patient was placed in a sterile dressing and a short arm gutter cast.  Tourniquet pressure was deflated and the patient was returned to the hospital stretcher in stable condition.

Dictated by: Scott Benson, PA-C

Job 000003514

| | |
|---|---|
| DP: | Ronald W Hillyer, MD |
| TR: | sgn |
| DD: | 11/16/2006 3:28 P |
| DT: | 11/16/2006 3:58 P |

MRN:      0000862537
Financial #: 0629800407

**SLAUGHTER, JAMES E**

HIL-023

# East Alabama Medical Center

823367
Doc:      000003514
Job#:
cc:       Scott Benson

Electronically Signed By: Ronald W Hillyer
                    On 11/17/06 10:53

DD: 11/16/06  TD: 15:28


CC: MORRIS SCOTT BENSON

MRN:       0000862537
Financial #: 0629800407
                    **SLAUGHTER, JAMES E**

HIL-024

# East Alabama Medical Center
2000 Pepperell Parkway
Opelika, Alabama 36801

**SLAUGHTER, JAMES E**
MRN:            0000862537
Financial #:    0629800407
DOB:            10/6/1963  Age:    43 years  Sex: Male

Admit Date/Time:       11/3/2006 8:29:00 AM
Discharge Date/Time: 11/3/2006 11:59:00 PM
Location:              OS
Patient Type:          OPS
Chart Copy to DR:   **Hillyer MD, Ronald W**

## Operative Report

Operative Report

**PATIENT NAME:**             Slaughter, James E

**DATE OF OPERATION:**        11/03/2006.

**PREOPERATIVE DIAGNOSIS:**   Chronic dislocation metacarpophalangeal joint right little finger.

**POSTOPERATIVE DIAGNOSIS:**  Chronic dislocation metacarpophalangeal joint right little finger.

**PROCEDURE PERFORMED:**      Open reduction internal fixation dislocated metacarpophalangeal
joint right little finger.

**SURGEON:**                  Ronald W. Hillyer, MD.

**ASSISTANT:**                Scott Benson, PA

**SUMMARY:**                  The patient was placed on the operating table in the supine
position. General anesthesia was performed by Anesthesia. The right arm was prepped and draped in a sterile
manner. The tourniquet was applied to the right proximal arm. After attempts at closed reduction was
unsuccessful it was felt that this was a Kaplan's dislocation. A volar incision was made going through the skin
and subcutaneous tissue. The flexor tendons were noted to be on top of the metatarsal heads. These were
retracted. The capsule was released in order to get the proximal phalanx articulating with the metacarpal.
After this was accomplished a pin was placed into flexion and secured using one 0.062 pin. The wound was
irrigated. The skin was closed with 4-0 Nylon. The patient tolerated the procedure well and left the operating
room in good condition.

JOB ID NUMBER:   597842

DP:    Ronald W Hillyer, MD
TR:    bjb
DD:    11/03/2006 10:35 A
DT:    11/03/2006 10:59 A

MRN:        0000862537
Financial #: 0629800407
**SLAUGHTER, JAMES E**

HIE-025

# East Alabama Medical Center

Doc:     818769
Job#:    000597842
cc:

Electronically Signed By: Ronald W Hillyer
          On 11/10/06 10:22

DD: 11/03/06  TD: 10:35

MRN:     0000862537
Financial #: 0629800407

**SLAUGHTER, JAMES E**

HIL-026

## STEP 1:

Date of Procedure: _3/30/07_

☐ Check here if site is an excluded site:
- Single organ cases (e.g., Cesarean section, cardiac surgery)
- Interventional cases for which the catheter/instrument insertion site is not predetermined (e.g. cardiac cath, central venous line)
- Teeth- no mark required, BUT mark on diagram.
- Infants <1 year, for whom the mark may cause a permanent tattoo
- Obvious wound or lesion



---

### STEP 2: Patient Verification
*(i.e. Building 17. Registration. At time of admission or entry to facility, Any time care of patient is transferred to another caregiver)*

Person Completing Verification:_____Dept. ____
☐ Patient asked to state full name, procedure and point to site.
☐ Patient responses match, if applicable, ID band, consents, x-rays, and all other relevant data.

Person Completing Verification:_____Dept.____
☐ Patient asked to state full name, procedure and point to site.
☐ Patient responses match, if applicable, ID band, consents, x-rays, and all other relevant data.

Person Completing Verification:_____Dept.____
☐ Patient asked to state full name, procedure and point to site.
☐ Patient responses match, if applicable, ID band, consents, x-rays, and all other relevant data.

Person Completing Verification:_____Dept.____
☐ Patient asked to state full name, procedure and point to site.
☐ Patient responses match, if applicable, ID band, consents, x-rays, and all other relevant data.

---

### REFUSAL for SITE MARKING
I, _____ do hereby refuse to
have the site/side of my surgery/procedure marked to indicate the correct site.
The purpose of having the site/side marked has been explained to me. The risk
of not having the site/side marked has also been explained to me.

_____     _____
Patient's Signature                               Date

---

☐ Check here if the site will be determined in the operating room on the day of surgery based on intraoperative testing or intraoperative site marking.



MD performing procedure must initial here to verify operative field as marked above. (**not required for excluded sites**)

---

**STEP 3: SITE MARK** *Completed by pre-op, unless patient will bypass pre-op. If pre-op bypassed, then to be completed by RN in department patient leaves prior to entering OR/Procedural area.*

| (√ when completed) | Signature |
|---|---|
| ☐ Invasive or surgical site is marked, by initials of person marking the site, over or adjacent to the surgical/procedural site incision with a surgical marking pen *(unless excluded site)* | |

**STEP 4: TIME-OUT**

| (√ when completed) | Signature |
|---|---|
| ☐ "Time-out" immediately before the start of the procedure for final verification of correct patient, correct site, correct procedure *(including availability of x-rays, implants, special equipment if applicable)* | |

Please explain any discrepancies above:_____

_____

Signature:_____

---

**EAST ALABAMA MEDICAL CENTER**
**Procedure/Surgical Verification Checklist**

**Patient Identification**

1. I authorize the performance upon _James Slaughter_ of the following operation/procedure: _right 5th MCPJ escension prostheses vs Swanson prosthesis vs fusion_

   to be performed under the direction of Dr. _R W Hillier_

2. It has been explained to me that sometimes during an operation/procedure it is discovered that additional procedures are needed immediately. If I need such additional procedures during my operation/procedure, I permit the doctor to proceed.

3. I certify that I have removed all dentures, prostheses, glasses and jewelry (including body piercings) or assume responsibility for any loss or damage that result from my failure to do so.

4. I consent to the administration of such anesthetics as may be considered necessary or advisable by the physician responsible for this service.

5. I understand that all the physicians involved in my care are independent contractors and not agents, servants or employees of the hospital.

6. I consent to the disposal by the hospital authorities of any tissue or parts that may be removed.

7. East Alabama Medical Center serves as a training site for students in a variety of different healthcare professions. With permission of your physician, students may be allowed to observe procedures that would serve to benefit their educational experience. If you object to observers, please indicate here:
   ☐ Do not allow students to observe any procedure performed on me.

8. I understand that medical equipment/supply company representatives will sometimes be present during a procedure to instruct medical personnel on new equipment or supplies. If you object to observers, please indicate here:
   ☐ Do not allow medical equipment/supply company representatives to observe any procedure performed on me.

9. I understand that my physician may wish to take photographs or films of me during the course of my treatment to be made part of the medical record. I do not object to the taking of these films.

10. The nature and purpose of the operation/procedure, possible alternative methods or treatment, the risks involved, and the possibility of complications have been explained to me. No guarantee or assurance has been given by anyone as to the results that may be obtained.

11. I certify that I have read and fully understand the above consent to operation/procedure, that the explanations therein referred to were made, and that all blanks or statements requiring insertion or completion were filled in and applicable paragraphs, if any, were stricken before I signed.

Date: _3/21/07_                Patient's Signature _James Slaughter_

Time: _____         Witness: _____

If patient is a minor or unable to sign, please sign and note reason:

_____     _____     _____
Parent                                Legal Guardian              Other/Relationship

I certify that I have explained the risks and benefits and possible alternative treatment to the patient.

_____         _3/21/07_              _____
Physician Signature                      Date                     Time

**East Alabama Medical Center**
CONSENT TO OPERATION, ANESTHETIC,
AND/OR INVASIVE PROCEDURE

Patient Identification

N0001-0400-1-1  revised 8/04
e 1 of 2

| System | WNL | Not Examined | Comments |
|---|---|---|---|
| HEENT: | | | |
| Neck: | | | |
| Lungs: | | | |
| Heart: | | | |
| Abdomen: | | | |
| Breast: | | | |
| Lymph: | | | |
| Genitourinary: | | | Dislocated (R) little |
| Neurological: | | | MCP |
| Extremities: | | | |
| Other: | | | |

**This section to be used for patients having conscious (or other) sedation for Cardiology, GI or other invasive procedure outside OR.**

Airway Assessment:

**Risk Status**
**(ASA Class):**
☑ (1) Normal healthy patient
☐ (2) Normal patient with mild systemic disease
☐ (3) Severe systemic disease, limits activity, is not incapacitating
☐ (4) Incapacitating systemic disease that is a constant threat to life
☐ (5) Moribund, not expected to survive
☐ (6) Emergent

**Sedation Plan:** ☐ No sedation    ☐ Minimal Sedation    ☐ Moderate Sedation (Conscious)
☐ Deep sedation    ☐ Anesthesia (General, Spinal, Regional)

**Risks, benefits, and alternatives have been explained to the patient.**
**Comments:**

MD Signature: _____    Date: 8/21/07

**Final Progress Note to be completed for stays less than 48 hours**

**DISCHARGE DATE:**

**FINAL DIAGNOSES:**

**PROCEDURES:**

**PERTINENT FINDINGS:**

**FOLLOW-UP CARE**
    **DIET:**
    **MEDICATION:**
    **APPOINTMENT:**
    **WOUND CARE:**

DATE:          **SIGNATURE:**

East Alabama Medical Center
History & Physical Examination
   Fax form to:
Page 2 of 2

Optio Revised  1/2007
Graphics form # 704-02b

PATIENT IDENTIFICATION

HIL-029

**Chief Complaint:** *Dislocated (R) P4I*

**History of Present Illness:** *4340.0? (R) Chronic dislocat (R) P4I*

**Diagnosis:** *Chronic Dislocated (R) P4I*

**Planned Procedure:** *as written*

**Current Medications:** ☐ Reviewed home meds on Medication Reconciliation form *written*

---

## Past History   (Mark positive history):   ☐ No Positive history

| Cardiovascular: | Respiratory: | Musculoskeletal: | Hematological: | Other: Specify |
|---|---|---|---|---|
| ☐ Abnormal EKG | ☐ Asthma | ☐ Osteoarthritis | ☐ Bleeding disorder | |
| ☐ Angina | ☐ COPD | **Gastrointestinal:** | ☐ Anemia | |
| ☐ Coronary Artery Dz | ☐ Pneumothorax | ☑ Peptic ulcer | **Endocrine:** | |
| ☐ CABG | ☐ Sleep apnea | ☐ Melena | ☐ Diabetes | |
| ☐ Hypertension | **Neurological:** | ☐ Abdominal pain | ☐ Thyroid Dz | |
| ☐ Cardiomyopathy | ☐ Dementia | ☐ Jaundice | **Other:** | |
| ☐ Mitral Valve Prolapse | ☐ CVA | ☐ Hematemesis | ☐ Drug use | |
| ☐ Valve Replacement | ☐ Epilepsy | ☐ Inflammatory Bowel Dz | ☐ Alcohol use | |
| ☐ PVD | **Genito-urinary:** | | ☐ Tobacco use | |
| ☐ Previous MI | ☐ Renal Dz | | ☐ Blood transfusion | |
| | | | ☐ Cancer   Type: | |

---

## Review of Systems (Mark any positive findings):   ☐ No Positive findings

| General: | ☐ Weight gain; | ☐ Weight loss; | ☐ Fever ; | ☐ Fatigue | | |
|---|---|---|---|---|---|---|
| EENT: | ☐ Blurred vision; | ☐ Sore throat; | ☐ Hoarseness; | ☐ Nosebleeds; | ☐ Hearing loss | |
| Respiratory: | ☐ Wheezing; | ☐ Cough; | ☐ Shortness of breath | | | |
| Cardiovascular: | ☐ Chest pain; | ☐ Feet swelling; | ☐ Orthopnea | | | |
| Gastrointestinal: | ☐ Abdominal pain; | ☐ Nausea; | ☐ Vomiting; | ☐ Diarrhea; | ☐ Blood in stool | |
| Genitourinary: | ☐ Frequency; | ☐ Blood in urine; | ☐ Painful urination; | ☐ Flank pain; | ☐ Menstrual irregularity | |
| Neurological: | ☐ Headache; | ☐ Numbness; | ☐ Slurred speech; | ☐ Seizure; | ☐ Syncope | |
| Musculoskeletal: | ☐ Joint swelling; | ☐ Joint redness; | ☐ Joint pain; | ☐ Gait problems; | ☐ Back pain | |
| Skin/Breast | ☐ Rash; | ☐ Itching; | ☐ Abscess; | ☐ Discharge | | |
| Endocrine: | ☐ Excess sweat; | ☐ Excess thirst; | ☐ Excess hot; | ☐ Excess cold | | |
| Hematologic/Lymphatic | ☐ Bleeding tendency; | ☐ Lymph node swelling; | | ☐ Unexplained bruising | | |
| Psychological: | ☐ Anxiety; | ☐ Depression; | ☐ Excessive stress; | ☐ Panic | | |
| Explanation or Other: | | | | | | |

---

**Pertinent Family History:**

**Past Surgeries:** *(R) St finger*

**PATIENT IDENTIFICATION**

## East Alabama Medical Center
## History & Physical Examination

Page 1 of 2
Revised 1/2007

*James Slaughter*



east
alabama
medical
center
Opelika, Alabama

**PHYSICIAN'S ORDERS**

ALLERGIES  *N KDA*

HEIGHT                WEIGHT

E &
IE

*30/ 07*

### STANDARD ADMISSION / PRE-OP ORDERS FOR ORTHOPAEDICS

1. **Admission:** ☑ Outpatient Surgery ☐ Inpatient
2. **Admit to:** ☐ Ortho ☐ PCU/Telemetry ☐ ICU
3. **MD:** *R. Whitener*
4. **Diagnosis:** *Deformity Right MCPJ 5th finger*
5. **Procedure:** ☐ Get op permit signed for: _____
   _____
6. **Vital signs:** ☑ Routine ☐ Other: _____
7. **Diet:** ☐ NPO after MN ☐ Other: _____
8. **Laboratory:** ☐ CBC ☐ EKG          ☐ Profile 1 ☐ II ☐ III
   ☐ H&H ☐ CBC with Diff      ☐ Type/Screen ____ units of PRBC's
   ☐ PT ☐ C&S Urine           ☐ Type/Cross ____ units of PRBC's
   ☐ PTT ☐ U/A                ☐ Autogolous ____ units
   ☐ Other labs: _____
9. **Radiographs:** ☐ CXR ☐ G-Film Knees ☐ Other: _____
10. **Allergies:** *N KD A*
11. **Medications:** ☐ Tylenol 500 mg 1-2 tabs po q 4-6 hrs prn pain/temp > 101
    (No more than 4gm in 24 hrs)
    ☐ Tylenol #3 or ☐ Percocet 5/325 mg I-II taps p.o. q 4-6 hrs prn pain
    ☐ Ambien 10 mg po prn q h.s. if patient is <65 yrs old
    ☐ Ambien 5 mg po prn q h.s. if patient is >65 yes old
    ☐ IV Fluids: _____
    ☐ Antibiotics: _____
12. **Other meds:** _____
13. **Miscellaneous:** ☐ Foley       ☐ Straight Cath q 6 hrs prn
    ☐ Compression Sleeves
    ☐ C&S checks q ____ hrs ☐ Traction: _____
14. **Consults:** ☐ SNF if Medicare
    ☐ Physical Therapy RE: _____
    ☐ Medical M.D. RE: _____

Physician: _____

ORT-1L   Revised 7/05   HIL-031

| Date | 10/9/06 | Chief Complaint: | *(handwritten)* |
|---|---|---|---|

**History of Present Illness:** *(handwritten)*

**Pertinent Tests:** *(handwritten)*

**Diagnosis:** *(handwritten)*

**Planned Surgical Procedure:** *(handwritten)*

**Allergies:** NKDA

**Current Medications:** Ø

**Personal History**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tobacco Use: | ☑ Yes ☐ No | Abnormal EKG | ☐ Yes ☐ No | Mitral Valve Prolapse | ☐ Yes ☐ No |
| ☐ Snuff ☐ Cigar ☑ Cigarettes ☑ Pipe | | Angina: | ☐ Yes ☐ No | Valve Replacement: | ☐ Yes ☐ No |
| Alcohol Use: | ☑ Yes ☐ No | Coronary Artery Disease: | ☐ Yes ☐ No | Liver Disease | ☐ Yes ☐ No |
| Recreational Drug Use: | ☐ Yes ☑ No | CABG. | ☐ Yes ☐ No | Diabetes | ☐ Yes ☐ No |
| Asthma: | ☐ Yes ☑ No | Hypertension. | ☐ Yes ☐ No | Kidney Disease | ☐ Yes ☐ No |
| COPD | ☐ Yes ☑ No | Cardiomyopathy | ☐ Yes ☐ No | Type of Kidney Dx | |
| Pneumothorax. | ☐ Yes ☑ No | CVA. | ☐ Yes ☐ No | Bleeding Disorder | ☐ Yes ☐ No |
| Epilepsy. | ☐ Yes ☑ No | PVD. | ☐ Yes ☐ No | Blood Transfusion | ☐ Yes ☐ No |
| Cancer | ☐ Yes ☑ No Type | | | GI Disease Type | ☐ Yes ☐ No |

Personal History of Anesthetic Problems: NO

Family History of Anesthetic Problems: NO

Family History of Bleeding Problems: NO

Past Surgeries (dates): Ø

Alternative Medicine:

| Physical Examination: | BP: 140/90 | HR: 60 | RR: | Temp 97.4 | Wt: | Ht: |
|---|---|---|---|---|---|---|

| System | WNL | Not Examined | Comments |
|---|---|---|---|
| HEENT: | ✓ | | |
| Neck: | ✓ | | |
| Lungs: | ✓ | | |
| Heart: | ✓ | | |
| Abdomen: | ✓ | | |
| Breast: | | | |
| Lymph: | | | *(handwritten)* |
| GU: | | | |
| Neuro: | | | |
| Extremities: | | | |
| Other: | | | |

Risks, benefits, and alternatives have been explained to the patient.

MD Signature: *(signature)*     Date: 10/9/06

Comments: *(handwritten)*

**East Alabama Medical Center**
**History and Physical Examination**
**In-Patient and Out-Patient Surgery**
Fax form to:

Form # 704-023

**LEE COUNTY SHERIFF'S DEPARTMENT**
**RECORD OF MEDICAL EXAMINATION**

<u>PART 1</u>     To be completed by Corrections Staff (please print clearly)

1. Inmate's Name: Slaughter, James

2. Date of Examination: 5/16/07

3. Time of Examination: 3:10 pm

4. Reason treatment was needed: Flu

5. Did Inmate request treatment? ___Yes ✓No (If yes, place request form in Inmate's file)

6. Was inmate transported from the jail? ✓Yes___No

7. If yes, to what location? Dr. Hillyer @ Ortho Clinic

8. Was inmate treated at the jail? ✓Yes___No

9. Who examined the inmate? Dr. McFarland

10. Corrections Staff Signature and title: _____

<u>PART 2</u>     To be completed by person examining inmate (Please print clearly)

1. Type of treatment/examination: S/P Prosthesis (R) 5th meta-carpal

2. Prognosis: Fair

3. Is additional treatment needed? ✓Yes___No If so, please specify if other than
medication: OT for motion

4. Medication prescribed: None

5. Special instructions for administration: OT for Motion

6. Other special instructions (restrictions of diet, activity, work, etc; observations orders;
other): _____

5/16/07     4pm     _____
Date        Time        Health Care Provider Signature/ Title

RECORD OF MEDICAL EXAMINATION

**PART 1**        To be completed by Corrections Staff (please print clearly)

1. Inmate's Name: _Slaughter James_

2. Date of Examination: _5/2/07_

3. Time of Examination: _330pm_

4. Reason treatment was needed: _re cast / follow up from last week_

5. Did Inmate request treatment? ___Yes ✓No (If yes, place request form in Inmate's file)

6. Was inmate transported from the jail? ✓Yes___No

7. If yes, to what location? _Dr. Hillyer_

8. Was inmate treated at the jail? ✓Yes___No

9. Who examined the inmate? _Dr. McFarland_

10. Corrections Staff Signature and title: _____

**PART 2**        To be completed by person examining inmate (Please print clearly)

1. Type of treatment/examination: _____

2. Prognosis: _Fair_

3. Is additional treatment needed? ✓Yes___No If so, please specify if other than medication: _Casting_

4. Medication prescribed: _Septra DS / Keflex_

5. Special instructions for administration: _____

6. Other special instructions (restrictions of diet, activity, work, etc; observations orders; other): _____

_5/2/07_ _____ _____
Date            Time            Health Care Provider Signature/ Title

HIL-034

PART 1        To be completed by Corrections Staff (please print clearly)

1. Inmate's Name: _Slaughter          James_

2. Date of Examination: _3/31/07_

3. Time of Examination: _1350_

4. Reason treatment was needed: _Re - Eval Finger from_
_Surg._

5. Did Inmate request treatment? _✓_ Yes ___No (If yes, place request form in Inmate's file)

6. Was inmate transported from the jail? _✓_ Yes ___No

7. If yes, to what location? _Dr Hillyer's Office_

8. Was inmate treated at the jail? _✓_ Yes ___No

9. Who examined the inmate? _Dr. John McFarland_

10. Corrections Staff Signature and title: _____

---

PART 2        To be completed by person examining inmate (Please print clearly)

Type of treatment/examination: _History + Physical done today_

Prognosis: _Guarded_

Is additional treatment needed? _✓_ Yes ___No If so, please specify if other than

medication: _____

Medication prescribed: _Ultram 50 mg q 4h prn pain_

Special instructions for administration: _need Fusion MCP (R) 5th ascensism VS Sulcuse prosthex_

Other special instructions (restrictions of diet, activity, work, etc; observations orders;

other): _Wear gutter splint_

_3/21/07_                              _RW Hillyer_
Date          Time          Health Care Provider Signature/ Title

HIL-035

# RECORD OF MEDICAL EXAMINATION

## PART 1 — To be completed by Corrections Staff (please print clearly)

1. Inmate's Name: _Slaughter, James_

2. Date of Examination: _3/21/07_

3. Time of Examination: _1350_

4. Reason treatment was needed: _Re-eval Finger from Surg._

5. Did Inmate request treatment? ✓ Yes ___No (If yes, place request form in Inmate's file)

6. Was inmate transported from the jail? ✓ Yes ___No

7. If yes, to what location? _Dr. Hillyer's office_

8. Was inmate treated at the jail? ✓ Yes ___No

9. Who examined the inmate? _Dr. Bob McFarland_

10. Corrections Staff Signature and title: _____

---

## PART 2 — To be completed by person examining inmate (Please print clearly)

1. Type of treatment/examination: _History + Physical done today_

2. Prognosis: _Guarded,_

3. Is additional treatment needed? ✓ Yes ___No If so, please specify if other than

   medication: _____

4. Medication prescribed: _Ultram 50 mg q4h prn pain_

5. Special instructions for administration: _need Fusion MCP (R) 5th ascension vs Sudens prosthes_

6. Other special instructions (restrictions of diet, activity, work, etc; observations orders;

   other): _Wear Gutter Splint_

_3/21/07_ _____ _W Hillyer_
Date              Time              Health Care Provider Signature/ Title

PART 1       To be completed by Corrections Staff (please print clearly)

1. Inmate's Name: _Slaughter, James_

2. Date of Examination: _11 / 13 / 06_

3. Time of Examination: _10 45_

4. Reason treatment was needed: _7/u = Finger Sug._

_____

5. Did Inmate request treatment? ✓Yes ___No (If yes, place request form in Inmate's file)

6. Was inmate transported from the jail? ✓Yes ___No

7. If yes, to what location? _Dr. Hillyer's office_

8. Was inmate treated at the jail? ✓Yes ___No

9. Who examined the inmate? _Dr. J. McFarland_

10. Corrections Staff Signature and title: _Stewart ps_

PART 2       To be completed by person examining inmate (Please print clearly)

1. Type of treatment/examination: _Butler Splint_

2. Prognosis: _____

3. Is additional treatment needed? ___Yes ___No If so, please specify if other than

medication: _____

_Ret wad. week for pin Removal_

4. Medication prescribed: _____

Special instructions for administration: _Wear gutter Splint_

Other special instructions (restrictions of diet, activity, work, etc; observations orders;

other): _____

_11/13/06_                    _Ron Hillyer_
Date            Time          Health Care Provider Signature/ Title

HIL-037

107041

Happened to him
before he was
arrested

Kill
Linda
James Slaughter
Resch.

Dr. Hellyer messed
it up — — —
Re-do

% chance it may NOT work

Is this Necessary? — quantity
call 737 3590

HIL-038





### SHERIFF OF LEE COUNTY

### JAY JONES

P.O. BOX 688
OPELIKA, AL 36803-0688

E-mail:
lcso@mindspring.com

Phone (334) 749-5651
Fax (334) 749-4835

## Lee County Detention Center

## Fax Cover Sheet

Date: 3/1/27

Time: 1230

Attention: *Medical Records*

RE: *Slaughter, Jan Ann m.* *Made Refer'd Need note us.*

**Number of Pages:** 2

**From:** Medical Department
   Nursing Staff
Phone: (334) 737-3590 or (3591)
Fax: (334) 737-3574

737-2469

*Complete*
*3-5-07*
*adele*

HIL-039

I hereby authorize the Lee County Sheriff's Office to use, disclose and/or obtain my health information as follows (check all that apply):

| ( ) use the following health information maintained by Lee County Sheriff's Office. | ( ) disclose the following health information to: | ( ) obtain the following health information from: |
|---|---|---|
| | LEE COUNTY DETENTION CENTER P.O. BOX 2407 | _Dr. Hillyer_ |

Specific description of the health information to be obtained (include dates of service, type of service, etc) : _____ LEE COUNTY DETENTION CENTER _all info from_
P.O. BOX 2407
OPELIKA, AL 36803 _Dr. Slaughter_

This health information is used/disclosed/obtained for the purpose (if Authorization requested by the patient put: "At the request of the individual"): _____ Court Type C. D. McFarland_
_Trial Mar. Present_

I understand that this health information may include information regarding drugs and alcohol, human immunodeficiency virus test results, and psychotherapy notes.

If the disclosure is for marketing purposes, will the Lee County Sheriff's Office directly or indirectly receive remuneration for the disclosure of health information? Yes ___ No ___ N/A ___ .

By providing this Authorization, I understand as follows:

I understand that this Authorization is voluntary. I may refuse to sign this Authorization and my treatment and/or payment obligations will not be affected.

1. I understand that this Authorization is voluntary. I may refuse to sign this Authorization and my treatment and/or payment obligations will not be affected.
2. I understand that the health information to be released may be subject to re-disclosure by the recipient of the health information and no longer protected by the Federal Privacy Rules.
3. I understand that I may revoke this Authorization at any time by notifying the Lee County Sheriff's Office in writing, but if I do, it will not have any effect on uses or disclosures prior to the receipt of the revocation.
4. I understand that I will receive a copy of this Authorization form after I sign it.
5. I understand that this Authorization will expire on _____/_____/_____(MM/DD/YR) or upon the following event (if for research put "None" or "End of the research study"): _____ If an expiration date is not chosen, this authorization will cease to be valid 90 days from the date of signature.

_Brenda Slaughter_                              _2 - 28 - 07_
Signature of Patient or Patient Representative        Date

_Brenda Stewart  for  CCA_
Printed Name of Patient's Representative (if applicable)

Representative's Relationship to Patient (if applicable)

LEE COUNTY SHERIFF'S OFFICE

PATIENT AUTHORIZATION FOR USE AND/OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

PATIENT INFORMATION

PATIENT NAME: _Hillyer Slaughter, Pam_

SOCIAL SECURITY NO. _234 - 66 - 6913_

DATE OF BIRTH _10 / 6 / 63_

## LEE COUNTY SHERIFF'S DEPARTMENT
### RECORD OF MEDICAL EXAMINATION

107041

**PART 1**      To be completed by Corrections Staff (please print clearly)

1. Inmate's Name: _Slaughter, James_

2. Date of Examination: _10/20/06_

3. Time of Examination: _0945_

4. Reason treatment was needed: _Follow-up c̄ Pinky_

5. Did Inmate request treatment? ✓ Yes ___ No (If yes, place request form in Inmate's file)

6. Was inmate transported from the jail? ✓ Yes ___ No

7. If yes, to what location? _Dr. Hildyew's Office_

8. Was inmate treated at the jail? ✓ Yes ___ No

9. Who examined the inmate? _Dr. L. McFarland PA_

10. Corrections Staff Signature and title: _Stewart_

**PART 2**      To be completed by person examining inmate (Please print clearly)

1. Type of treatment/examination: _S/P Dislocated ② MCP Cdev_

2. Prognosis: _Fair → Poor_

3. Is additional treatment needed? ✓ Yes ___ No If so, please specify if other than medication: _Physical or Occupational Hand Surgery Therapy_

4. Medication prescribed: _Ultram_

5. Special instructions for administration: _____

6. Other special instructions (restrictions of diet, activity, work, etc; observations orders; other): _Minimal Use ① little_

_12/20/06_
Date      Time

Health Care Provider Signature/Title

**FAXED** _10/21/06_

Date: _____

By: _SB_





SHERIFF OF LEE COUNTY

**JAY JONES**

P.O. BOX 688
OPELIKA, AL 36803-0688

E-mail:
lcso@mindspring.com

Phone (334) 749-5651
Fax (334) 749-4895

# Lee County Detention Center

## Fax Cover Sheet

Date: 12|20|06

Time: 3 pm

Attention: Tamika @ Dr. Hillyer's office

737-2469

RE: James Slaughter

Number of Pages: 2

**From: Medical Department**
**Nursing Staff**
**Phone: (334) 737-3590 or 3591**
**Fax: (334) 737-3574**

# FAX COVER SHEET

**The Orthopaedic Clinic**

18 Medical Arts Center
121 North 20th Street #18
Opelika, Alabama 36803-2125

762-A East Glenn Avenue
Auburn, Alabama 36830

10 Medical Park
Valley, Alabama 36854-0095

Date: 3-5-07    Number of Pages Including Cover Sheet: 11

Fax: 7373574

Attention: Linda Stewart

From: Joc /Adele

**Message:** RE: James Slaughter

If you do not receive all of these pages please notify us at:
- (334) 749-8303 - Opelika
- (334) 501-2290 – Auburn
- (334) 756-3146 - Valley

*CONFIDENTIALITY NOTE*
The information contained on this facsimile message is legally privileged and confidential information only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please notify us immediately by telephone and return the facsimile to us at the above address via the U.S. Postal Service. Thank You.

NAME: _James Slaughter_____  DATE: _10/9/06_

DATE OF BIRTH: _____  TELEPHONE #: _____

PHYSICIAN: _RWH_____  CHART #: _107041_

---

DIAGNOSIS: _MCP dislocation (R) 5th finger_

PROCEDURE: _ORIF (R) 5th finger_

SCHEDULED DATE: _10/13/06 10/3/06_

---

☐ PHYSICAL THERAPY REHAB FOR ALL TOTAL JOINTS

☐ INITIAL PT VISIT (3-5 DAYS POST OP)

  SCHEDULED DATE: _____

---

☐ ARTHOGRAM: _____       ☐ VENOUS DOPPLER: _____
☐ MYELOGRAM: _____       ☐ BONE SCAN: _____
☐ CT SCAN: _____         ☐ 3 PHASE BONE SCAN: _____
☐ CT SCAN W/CONTRAST: _____  ☐ MRI: _____
                                   ☐ MRI W/CONTRAST: _____

LOCATION:
  ☐ ADI   ☐ BLDG 17   ☐ EMAC   ☐ LANIER MEMORIAL   ☐ OTHER _____
INJECTION:
  ☐ EPIDURAL: _____  ☐ FACET BLOCK: _____
  ☐ OTHER: _____

EEG/NCV: _____

---

CONSULT PHYSICIAN: _____

       DATE: _____       TIME: _____

---

INSURANCE INFORMATION: INSURANCE CARRIER NOTIFIED: ☐ YES  ☐ NO  EMPLOYEE INITIALS: _____

RECERT REQUIRED:  ☐ YES   ☐ NO   VERIFIED BY: _____

RECERT # _____

---

SIGNATURE                                    DATE

NAME: _James Slaughter_     DATE: _3/21/07_

DATE OF BIRTH: _____     TELEPHONE #: _____

PHYSICIAN: _____ _RuH_ _____     CHART #: _____

DIAGNOSIS: _____

PROCEDURE: _Ascension prosthesis vs Swanson prosthesis_
_Jus as Right 5th mcpJ._

SCHEDULED DATE: _3/30/07_

PHYSICAL THERAPY REHAB FOR ALL TOTAL JOINTS

INITIAL PT VISIT (3-5 DAYS POST OP)

SCHEDULED DATE: _____

☐ ARTHOGRAM: _____          ☐ VENOUS DOPPLER: _____
☐ MYELOGRAM: _____          ☐ BONE SCAN: _____
☐ CT SCAN: _____            ☐ 3 PHASE BONE SCAN: _____
☐ CT SCAN W/CONTRAST: _____ ☐ MRI: _____
                                    ☐ MRI W/CONTRAST: _____

LOCATION:
☐ ADI   ☐ BLDG 17   ☐ EMAC   ☐ LANIER MEMORIAL   ☐ OTHER _____

INJECTION:
☐ EPIDURAL: _____   ☐ FACET BLOCK: _____
☐ OTHER: _____

EMG/NCV: _____

CONSULT PHYSICIAN: _____
          DATE: _____          TIME: _____

INSURANCE INFORMATION: INSURANCE CARRIER NOTIFIED: ☐ YES  ☐ NO  EMPLOYEE INITIALS: _____
PRECERT REQUIRED:  ☐ YES   ☐ NO   VERIFIED BY: _____
PRECERT # _____

SIGNATURE _____          DATE _____

HII -045



□ PT    ☑ OT    **Evaluation and Plan of Care**

Acct. # M107041    Patient Name James Slaughter    DOB _____ Date 01/09/200_

Doctor Hewitt    Primary Dx Fx dislocation    Treatment Dx Stiffness

Precautions Ø    PMH _____

✗ INITIAL ASSESSMENT    _____ REASSESSMENT 8/12/06    Rehab Potential:    Excellent    (Good)    Fair    Poor

Hand Dominance (R)    Date of Onset July 4 date    Mechanism of Injury Fighting

Last Date Worked _____    Type of Work Prisoner    Return to MD _____

Litigation Y/N    Main Functional Limitations tight gripping, for work like laying carpet,

Surgical Procedures 11/3/06    MEDS 0    cutting + snips

Pain Scale    none    0    1    2    3    4    (5)    6    7    8    9    10    extreme    Aggravating Factors _____
                              Constant

Relieving Factors _____    Location (R) DS

| AROM | | PROM / MMT (circle one) | | SENSORY/SPECIAL TEST (circle one) | |
|---|---|---|---|---|---|
| | | | | SWM  S2PD  Localization  Other ___ | |
| **(Right)** | **Left** | **Right** | **Left** | **Right** | **Left** |
| -40 /75 | | | | c/o | |
| -30 /75 | | | | tingling | |
| -20 /50 | | | | | |
| 40° angulation posture in adduction | | | | DS | |
| V.  ?? Adduction DC | | | | | |

| GRIP | | PINCH Lateral 3JC 2P (circle one) | | WOUND Open / Closed (circle one) | |
|---|---|---|---|---|---|
| **Right** | **Left** | **Right** | **Left** | Location ___ | |
| 30  25 | 60  60 | | | Odor / exudate ___ | |
| | | | | Size ___ | |

Neurologic _____    Edema (circumferential / volumeter) R / L _____
Circulatory _____    erythema  pitting  effusion  brawny _____

**PROBLEMS**

_____ Swelling / Effusion        5. _____ Wound            9. _____ Edema Limiting Function
✗ Decreased ROM              6. ✗ Decreased Function    10. _____ Hypersensitivity
_____ Impaired Sensibility        7. _____ Pain Limiting Function  11. _____ Soft Tissue Limits
✗ Decreased Strength (grip pinch gross)  8. _____ Neurologic / Circulatory  12. _____ other _____

**GOALS**

↑ Pt knowledge of home exercises & precautions    Time Frame 0-1ce
Provide straping Helping instructions to ↑ position & transfer rotation    Time Frame ___
↑ Arom by 50% to ↑ use in Adls above    Time Frame 2-4ces
↑ Stranght by 20% to ↑ use in ADLs above    Time Frame 2-4ces
Functional Goals per Patient    To use my hand @ work
Frequency & Duration    3X3

**TREATMENT PLAN**

| | | |
|---|---|---|
| Hot Packs | ☑ Mobilization | ☑ Therapeutic Exercises & Activities |
| Cold Pack / Ice Massage | □ Myofascial Release | □ Endurance Training |
| Electrical Stimulation | □ Paraffin Bath | □ Testing Procedures |
| TENS application | ☑ Fluidotherapy | □ Environmental Adaptation Training |
| Ultrasound / Phonophoresis | □ Intermittent Compression | □ Orthotic Fabrication |
| Iontophoresis | □ Whirlpool / Contrast Bath | □ Splinting |
| ✗ Massage | □ Wound Care | □ Desensitization |
| | □ Biofeedback | |
| | □ Neuromuscular Re-ed / Coordination | |
| | □ Stress Loading / CKC Exercise | |
| | □ Joint Protection / Energy Conservation | |
| | □ Activities of Daily Living | |
| | □ Stabilization Program | |
| | ☒ Patient Education / Work Tolerance & Stimulation | |

I have examined this patient and deemed outpatient therapy to be necessary. Treatment will be furnished while the patient is under my care. I am aware that the above plan will be effective immediately and will be reviewed and updated every thirty (30) days as the patient's condition requires.

Physician Signature / Date _____    Therapist Signature / Date _____    HIL-047

**The Orthopaedic Clinic**

A EAST GLENN AVE.
URN, AL 36830
501-2290

121 N. 20TH ST., #18
OPELIKA, AL 36801-5457
(334) 749-8303

10 MEDICAL PARK
VALLEY, AL 36854-0095
(334) 756-3146

| | | |
|---|---|---|
| e: 01/08/2007 Account #:12516 | Ticket#: OPT011399 | Appt D/T: **1/9/2007 10:00AM** |
| ent Name: **James Slaughter** | MRN: M107041 | Appt Type: NP 60 |
| ress: 964 Home Ave | | Facility: The Orthopaedic Clinic PC |
| Auburn, AL 36830 | | Doctor: Bobbie Ann S Thames OTR |
| ne: (334) 502-6501   A/D: _____ | | Ref Dr.: |
| | | Co-pay: Insurance 100% |
| : 10/06/1963   Age: 43 yrs   Sex: M | | Financial Class: Prison System |
| ary Ins: Lee County Sheriff Dept | | Prev' Diag: 718.34 recurrent dislocation of hand joint |
| ondary Ins: | | Current Diagnosis: |

Notes: ref rwh it hand nurse Stewart 737-3591 or 737-3590 nurse Griffith @ Lee County Will be accompanied by a deputy at visit.

X-Ray Number: M75569XR
11/3/06 SX 718.34 F9 (RWH)

**JECTIVE:**

**CTIONAL DIAGNOSIS:** ☑ Pain ☐ Lack of Coordination ☐ Contacture ☐ Disuse Atrophy ☐ Swelling ☐ Difficulty Walking ☐ Spasm of Muscle ☐ Decrease ROM ☐ Muscle Weakness ☐ Edema / Inflamation ☐ Abnormality of Gait ☐ Abnormal Posture

ECTIVE: _See Initial Eval 0_

| CPT | | INTERVENTION / PARAMETERS TO ACHIEVE FUNCTIONAL IMPROVEMENTS | |
|---|---|---|---|
| X 2 | units | ☑ AROM ☐ A-AROM ☐ PROM ☐ Functional Strengthening ☐ Stabalization ☐ Endurance ☐ Home Program | |
| | | These exercises are used to maximize function in ADLs such as _w/n_ | ( 25 minutes) |
| X _____ | units | Activities to increase functional performance in the _____ for ADLs such as _____ | ( minutes) |
| X 1 | units | ☑ Scar Massage ☐ Myofacial Release ☐ Edema Management ☐ Joint Mobilization | |
| | | This is used to assist with tissue extensibility, joint motion, swelling and pain reduction | ( 10 minutes) |
| X _____ | units | E-stim with cold pack / hot pack to assist with ☐ pain reduction ☐ swelling | |
| | | ☐ increase tissue extensibility ☐ neuromuscular facilitation / reeducation ☐ increase circulation for healing | ( minutes) |
| X _____ | units | US _____ mhz @ _____ w/cm2 to assis with | |
| | | ☐ pain reduction ☐ swelling ☐ increase tissue extensibility | ( minutes) |
| X _____ | units | ☐ Stablization ☐ Proprioception ☐ Balance ☐ Postural Reducation ☐ Coordination ☐ Kinesthesia ☐ Muscle Reeducation | ( minutes) |
| 3 X 1 | units | Evaluation and Formulation of Treatment Plan | ( 25 minutes) |
| X _____ | units | Fluidotherapy / Whirlpool to: ☐ Decrease Pain ☐ Decrease Hypersensitivity ☐ Increase circulation / tissue extensibility | ( minutes) |
| __ X __ | units | | ( minutes) |
| __ X __ | units | | ( minutes) |
| __ X __ | units | | ( minutes) |
| | | | ( minutes) |

TOTAL VISIT TIME | 60 | minutes

**SMENT:** _____

**CONTINUE per PLAN of CARE / CONTINUE WITH ABOVE CHANGES / DISCHARGE**

ENCY & DURATION: 3 x 3

DX: 718.34  719.54

THERAPIST'S SIGNATURE: _Bobbie A Thames MS OTR CHT_

I CERTIFY THAT ALL OF THE ABOVE SERVICES HAVE BEEN RENDERED BY ME.

T DATE: 8/12/06

M.D. VISIT: _____

# PHYSICAL THERAPY DISCHARGE SUMMARY
## ☑ Opelika   ☐ Auburn

The Orthopaedic Clinic

Patient: James Slaughter          Physician: RWH

DOB: 10/06/63          Diagnosis: 718.34 / 719.54

Account #: M107041

Service began on 1/9/07 and ended on 1/9/07 for a total of 1 visits with 0

cancellations/no shows and 25 % of goals met.

**Summaries of treatments received:**

O Moist Heat/Ice
O IFC/TENS
O Traction Ptx/Ctx
O US/Phonophoresis
O Paraffin
O Massage/Soft Tissue Mob
O Mobilization
O Static/Dynamic Splint
O Custom Orthotic

O Therapeutic Exercise
O Home Exercise Program
O ADL Training
O Balance Activities
O Gait Training
O Isometric Cervical/Lumbar Testing
O Dynamic Cervical/Lumbar
O Dressing Change
O Other _____

**Goals were met as noted by:**

O Increase ROM/Flexibility
O Increase Strength
O Increase Endurance
O Increase Knowledge of Home Exercise
O Increase Knowledge of Safety
   Precautions/Limitations
O Increase Knowledge of Proper Body Mechanics

O Decrease Pain/Spasm
O Decrease Inflammation
O Decrease Swelling
O Improve Functional Ability/ADL's
O Improve Mobility/Balance/Proprioception
O Improve Gait/Weight Bearing Status

**Patient status at time of discharge:**

O Met Rehab Goals
O Reached Maximum Benefit
O Patient Self Discharged

O Insurance Denial/Financial Reasons
O Non-Compliance
O Discharge per M.D.

Comments regarding patient status: _____

Pt on HEP 2°

incarceration ç

Therapist Signature/Date   2/22/2007

*107041*

# THE ORTHOPAEDIC CLINIC, P.C.
## *Physical Therapy Department*

The
**Orthopaedic Clinic**

762 East Glenn Ave.
Auburn, AL 36830
334-501-2290

18 Medical Arts Center
121 North 20th Street
Opelika, AL 36801
334-364-3043

Patient's Name: _James Slaughter_    Diagnosis: _MCP J def_

Date: _____    Area to be treated: _____

Precautions: _____

| | | |
|---|---|---|
| ☐ PHYSICAL THERAPY – Evaluate and Treat _OT for ROM_ | | |
| ☐ Cryotherapy/Moist Heat | ☐ Ultrasound | ☐ Phonophoresis |
| ☐ Electrical Stimulation | ☐ Traction | ☐ Iontophoresis |
| ☐ Soft Tissue Mobilization | ☐ Joint Mobilization | ☐ Massage |
| ☐ Therapeutic Exercise | ☐ Home Exercise Program | ☐ Gait Training |
| ☐ Other _____ | ☐ Other _____ | ☐ |

Frequency (circle)    1  2  ③  4  5    times per week    other _____
Duration (circle)     1  2  ③  4    weeks    other _____

I certify that treatment is medically necessary.

Physician's Signature: _____    Date: _1/8/07_

HIL-050

# PATIENT IN. RMATION SHEET The Orth edic Clinic

**Please Fill Out Completely:**

Patient's Name:  James Slaughter          **MRN: M107041**          SSN: 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

Date of Birth: 10/6/1963          Age:          43          Referred By __ Friend/Relative __ Yellow Pages __
Physician _____

Patient's Address: 964 Home Ave                    Auburn          AL          36830
                                                   CITY          STATE      ZIP CODE

Patient's Home Phone:   (334) 502-6501          Work:          Cell:

Marital Status:  Single          Sex:   Male          Occupation:

Employer:          Employer Phone:

Responsible Party:  Lee County  Sheriff Dept          Date of Birth:

Resp. Party Address:  P O Box 666          Opelika          AL          36803
                                           CITY          STATE      ZIP CODE

Resp. Party Phone:   Primary  (334) 502-6501          Secondary

Emergency Contact Name:  Lee County  HIPAA Sheriff Dept          Emergency Contact Relationship:

Phone:          Employer:          Phone:

Date of Accident or Injury:          Is an Attorney Involved?          ☐ Yes          ☐ No

Is this visit related to a car accident?   ☐ Yes   ☐ No          If so, Attorney Name:

Is this visit related to a work injury?   ☐ Yes   ☐ No

Where did Accident Occur?

## Primary Insurance Information

Primary Insurance Co.:  Lee County Sheriff Dept          Sex:   ☐ Male   ☐ Female

Member Name:  Lee County  Sherriff Dept          Member ID No.: 234666973

Group Number:          Group Name:

Relationship:  Other

SSN:  --          Date of Birth:

## Secondary Insurance Information

Secondary Insurance Co.:          Sex:   ☐ Male   ☐ Female

Member Name:          Member ID No.:

Group Number:          Group Name:

Relationship:

SSN:          Date of Birth:

## AUTHORIZATION FOR SERVICES

The signature below serves as authorization for services rendered by The Orthopaedic Clinic for the above named patient, and release of information necessary to file insurance; and assign befefits otherwise payable to the policy holder, doctor, or group indicated on the claim.  I understand that I am financially responsible for any balance not covered by the insurance carrier - a copy of the signature is as valid as the original.

## AUTHORIZATION FOR RELEASE OF INFORMATION

The signature below serves as authorization for The Orthopaedic clinic to release or receive medical information for the purpose of patient referral.  A copy of this signature is as valid as the original.

I acknowledge that I have been provided access to notice of privacy practices of The Orthopaedic Clinic.

Signature          Signature:          Date
          Patient                    Responsible Party

## WORK COMP INFORMATION SHEET

Date 1-8-07

Patient Name James Slaughter

Work Number _____ Home Number _____

Place of Employment Lee County # Jail (Pris)

Referring Physician Hillyer

### ***BILLING INFORMATION***

Insurance Company Name Lee County Sheriff Dept

Address PO Box 666 Op, Al. 36803

**Adjuster** _____

Telephone Number _____ Fax Number _____

**Case Manager** _____

Telephone Number _____ Fax Number _____

Number of Approved Visits _____ Date/Time Frame _____

Additional Visits _____

Comments:

1/8/07 Spoke w/ Nurse Stewart at Jail
She approved visits for therapy.

_____

_____

_____

HIL-052

Patient's Name: _____ Chart Number: _____

Medicare Number: _____

# ADVANCED BENEFICIARY NOTICE (ABN)

NOTE: You need to make a choice about receiving these health care items or services.

We expect that Medicare will not pay for the item(s) or service(s) that are described below. Medicare does not pay for all of your health care costs. Medicare only pays for covered items and services when Medicare rules are met. The fact that Medicare may not pay for a particular item or service does not mean that you should not receive it. There may be a good reason your doctor recommended it. Right now, in your case, **Medicare probably will not pay for –**

**Items or Services:**

| | | |
|---|---|---|
| ❑ A4460____" Ace Bandage____Qty. | ❑ L3332 Heel Lift | ❑ L3010 Custom molded foot orthosis |
| ❑ A4565 Sling | ❑ L3360 Heeling Shoe | ❑ Toe Separator |
| ❑ A4572 Rib Belt | ❑ L3430 Hard Plastic Heel Cup | ❑ Other _____ |
| ❑ A4580 Cast Shoe | ❑ L3460 Tuli Heel Cup | |
| ❑ L2840 Liner, Walker | ❑ L3480 Visco Soft Spots | |
| ❑ L3050 Metatarsal Arch Support | ❑ L3485 Visco Heel Cup | |
| ❑ L3100 Night Splint; Hallux Valgus | ❑ Metatarsal bump (Cookie) | |
| ❑ L3260 Post-op Shoe | ❑ Hammertoe Crest | |

**Because:** _____

The purpose of this form is to help you make an informed choice about whether or not you want to receive these items or services, knowing that you might have to pay for them yourself. Before you make a decision about your options, you should **read this entire notice carefully.**

- Ask us to explain, if you don't understand why Medicare probably won't pay.
- Ask us how much these items or services will cost you (**Estimated Cost: $_____**), in case you have to pay for them yourself or through other insurance.

### PLEASE CHOOSE ONE OPTION. CHECK ONE BOX. SIGN & DATE YOUR CHOICE.

❑ **Option 1. YES. I want to receive these items or services.**
I understand that Medicare will not decide whether to pay unless I receive these items or services. Please submit my claim to Medicare. I understand that you may bill me for items or services and that I may have to pay the bill while Medicare is making its decision. If Medicare does pay, you will refund to me any payments I made to you that are due to me. If Medicare denies payment, I agree to be personally and fully responsible for payment. That is, I will pay personally, either out of pocket or through any other insurance that I have. I understand I can appeal Medicare's decision.

❑ **Option 2. NO. I have decided not to receive these items or services.**
I will not receive these items or services. I understand that you will not be able to submit a claim to Medicare and that I will not be able to appeal your opinion that Medicare won't pay.

_____    _____
**Date**    **Signature of patient or person acting on patient's behalf**

NOTE: **Your health information will be kept confidential.** Any information that we collect about you on this form will be kept confidential in our offices. If a claim is submitted to Medicare, your health information on this form may be shared with Medicare. Your health information which Medicare sees will be kept confidential by Medicare.

# The Orthopaedic Clinic

121 North 20th Street
Opelika, AL 36801

726 East Glenn Avenue
Auburn, AL 36830

## INSURANCE EXPLANATION FORM

- Your Major Medical Deductible for this calendar year is      $_____.
- This calendar year, the deductible you have met is      $_____.
- This is your remaining deductible to be paid.....................$_____.
- It must be paid **before** your insurance company, will pay _____%
  of each therapy visit. ~~YOU~~ are responsible for the remaining _____%
  of each therapy visit.
- Your insurance company's payment is subject to/ not subject to your
  deductible being met.
- The number of visits per year allowed by your insurance is..._____.
- This is/ is not combined between Physical therapy, Occupational Therapy,
  and Speech Therapy.
- Of those visits, you have used..............................................._____.
- The number of visits left for this calendar year is......................._____.
- Each visit cost will be determined by the treatments received.
- Your insurance company will not guarantee payment.
- If there are questions regarding your insurance payment or benefits,
  please contact your insurance company.

By signing below, you state that you understand your insurance benefits as
explained above and also understand that any charges your insurance does not
pay for are your responsibility.

Signature _J&Cory.Q.Weler_____      Date _1-9-07___

_Lee Co. Sheriff Dept._

107041

**The Orthopaedic Clinic**

# THE ORTHOPAEDIC CLINIC, P.C.
## Physical Therapy Department

762 East Glenn Ave.
Auburn, AL 36830
334-501-2290

18 Medical Arts Center
121 North 20th Street
Opelika, AL 36801
334-364-3043

Patient's Name: _James Slaughter_     Diagnosis: _MCP J Ref_

Date: _____     Area to be treated: _little f'___

Precautions: _____

☐ **PHYSICAL THERAPY – Evaluate and Treat**    _OT for ROM_

| | | |
|---|---|---|
| ☐ Cryotherapy/Moist Heat | ☐ Ultrasound | ☐ Phonophoresis |
| ☐ Electrical Stimulation | ☐ Traction | ☐ Iontophoresis |
| ☐ Soft Tissue Mobilization | ☐ Joint Mobilization | ☐ Massage |
| ☐ Therapeutic Exercise | ☐ Home Exercise Program | ☐ Gait Training |
| ☐ Other _____ | ☐ Other _____ | ☐ |

Frequency (circle)    1    2   ③   4    5    times per week    other _____

Duration (circle)    1    2   ③   4    weeks    other _____

I certify that treatment is medically necessary.

Physician's Signature: _Rex Hillyer_    Date: _1/8/07_

## MEDICATION CHECKLIST

| DATE | MEDICATION AND RX | PHARMACY | # REFILLS | DR. |
|------|-------------------|----------|-----------|-----|
| 11/22/06 | Ultram 50 #24 | | 2 | RWH |
| 12/20/06 | Ultram 50 #24 | | 2 | RWH |
| 5/7/07 | Septra DS / Reglan 50N | or | | H(W) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |