## IN THE U.S. DISTRICT COURT OF THE UNTIED STATES
## FOR MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| JAMES E. SLAUGHTER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CV. NO. 3:07-366-MHT |
| | ) |
| RONALD W. HILLYER, M.D., et al. | ) |
| | |
|     Defendants. | |

## ANSWER

COMES NOW Defendant Ronald W. Hillyer, M.D., by and through his attorneys of record, and for answer to the Plaintiff's Complaint filed herein, states the following:

1. Plaintiff's Complaint fails to state a claim against Defendant Hillyer upon which relief can be granted.

2. Defendant Hillyer denies each and every material allegation contained in the Plaintiff's Complaint and demands strict proof thereof.

### FIRST DEFENSE

1. The medical care and services rendered by this defendant to the plaintiff met or exceeded the applicable standard of care.

### SECOND DEFENSE

1. Defendant Hillyer pleads the applicable provisions of the Alabama Medical Liability Act of 1987 and specifically pleads in defense to this action and asserts the applicability of the provisions of §6-5-542 through 6-5-552, *Code of Alabama*.

### THIRD DEFENSE

1. The Plaintiff suffered no injury or damage as a result of the acts of which he complains.

2.    To the extent the Plaintiff suffered any injury or damage he has failed to mitigate his alleged damages or losses.

## FOURTH DEFENSE

1.    Defendant Hillyer pleads lack of subject matter jurisdiction.

## FIFTH DEFENSE

1.    Defendant Hillyer avers that the Plaintiff's complaint is due to be dismissed due to the failure to comply with the requirements of Section 6-5-551, Code of Alabama, 1975 as amended.

## SIXTH DEFENSE

1.    Defendant Hillyer pleads the general issue.

## SEVENTH DEFENSE

1.    Defendant Hillyer denies any causal relationship between any alleged wrongful conduct on his part and any alleged damages or injuries claimed in the Plaintiff's complaint.

## EIGHTH DEFENSE

Plaintiff's complaint fails to state a claim against this defendant upon which punitive damages may be awarded.

## NINTH DEFENSE

Defendants plead the applicability of §6-11-21 *Code of Alabama*.

## TENTH DEFENSE

Defendant Hillyer pleads lack of personal jurisdiction.

## ELEVENTH DEFENSE

The Defendant avers that he is not guilty of any violation of the Plaintiff's constitutional rights.

## TWELFTH DEFENSE

This Defendant asserts absolute immunity pursuant to Article I, § 14 of the Alabama

Constitution.

### THIRTEENTH DEFENSE

The Defendant pleads substantive and official capacity immunity.

### FOURTEENTH DEFENSE

The Defendant is immune from liability based upon discretionary function immunity.

### FIFTEENTH DEFENSE

The Plaintiff has failed to exhaust his administrative remedies.

### SIXTEENTH DEFENSE

The Plaintiff has failed to mitigate his damages.

Respectfully submitted,


/s/ E. Ham Wilson, Jr.
E. Ham Wilson, Jr

/s/ Emily C. Marks
Emily C. Marks,         .
Attorneys for Ronald W. Hillyer, M.D.

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite #204 [36109-5413]
P.O. Box 2148
Montgomery, Alabama  36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222
hwilson@ball-ball.com

CERTIFICATE OF SERVICE

      I hereby certify that on this June 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daryl L. Masters
Webb & Eley
P O Box 240909
Montgomery, AL  36124

The following person, not registered with the CM/ECF system, was served by U.S. mail:

James E. Slaughter
Lee County Detention Center
P.O. Box 2407
Opelika, AL  36801

by placing same in the U.S. mail postage prepaid on this the 11th day of June, 2007.

                /s/ E. Ham Wilson, Jr.
                OF COUNSEL