IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES E. SLAUGHTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. 3:07-cv-366-MHT |
| ) | |
| RONALD W. HILYER, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' ANSWER

COME NOW Sheriff Jay Jones, Major Cary Torbert, Lieutenant Corey Welch, Nurse Linda Stewart, and Dr. John McFarland, Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

### Answer

The Defendants in this action deny each and every allegation made by the Plaintiff, James E. Slaughter, and demand strict proof thereof. The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

### GROUND ONE

Admitted to the extent that Plaintiff alleges that Dr. McFarland referred Plaintiff to a Specialist to treat his finger and that the Specialist operated upon his finger. Otherwise, denied.

### GROUND TWO

Admitted to the extent that Dr. Hilyer, the Specialist, told Plaintiff he needed another operation. Otherwise, denied.

### GROUND THREE

Denied.

**ALTERNATE GROUND ONE**[1]

    Admitted.

**ALTERNATE GROUND TWO**

    Admitted.

**ALTERNATE GROUND THREE**

    As to any allegation that Nurse Stewart reprimanded Plaintiff for spending money of the Lee County Detention Center for medical costs or should have thought about his pain before coming to the Lee County Detention Center, denied; otherwise, admitted.

## Affirmative Defenses

1. The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2. The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

3. The Defendants in this matter, in their official capacities, are entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

4. Defendants in their official capacities are not "persons" under 42 U.S.C. § 1983.

5. The Defendants are entitled to absolute judicial immunity.

6. Plaintiff has not exhausted his remedies under Alabama law, specifically his right to file a Grievance with the Lee County Detention Center, followed by his right to file a claim with the State Board of Adjustment.

---

[1] On the same date, Plaintiff filed two Complaints, nearly identical in content. However, to ensure Defendants answer all of Plaintiffs claims, the Grounds stated in one are titled "Alternate Grounds."

7. Plaintiff fails to allege any affirmative causal link between the alleged acts of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitutional violation.

8. Plaintiff has not stated an injury.

9. Not only is the Plaintiff unable to prove a violation of his rights under the United States Constitution or federal law, but he has failed to even allege any violation of the United States Constitution or any federal law.

10. Defendants reserve the right to supplement this Answer by adding additional affirmative defenses as the facts of this case are developed and if discovery is ordered by the Court.

Respectfully submitted this 11th day of July 2007.

          **s/Daryl L. Masters**
DARYL L. MASTERS, Bar No. MAS018
WINTHROP E. JOHNSON, Bar No. JOH086
Attorneys for Defendants Sheriff Jones, Administrator Torbert, Lieutenant Welch, Dr. McFarland, and Nurse Stewart
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: wjohnson@webbeley.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on this the 11th day of July 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: **Emily C. Marks and E. Ham Wilson, Jr., Attorneys for Defendant Dr. Hilyer**

I also hereby certify that on the **11th day of July, 2007** I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

**James E. Slaughter**
**Lee County Detention Center**
**P.O. Box 2407**
**Opelika, AL  36801**

                                    **s/Daryl L. Masters**
                                    OF COUNSEL