Page 1.

Hon: Terry F. Moorer
United States Magistrate Judge
In The District Court of Alabama
The Middle District of Alabama
Eastern Division

RECEIVED
2007 JUL 30 A 10:05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James E. Slaughter
    Plaintiff,

V.

Ronald W. Hilyer, et al.,
    Defendants.

Case No. 3:07-CV-366-MHT-TFM

Plaintiff, response to the defendants arguments contained in their motion for dismissal by order of Magistrate Judge Terry F. Moorer in Document #13-1.

Comp.#1. I have written complaints to every top official in this instatution, I have yet to recieve a reply. When I fill out a request slip the officer does not sign it or give an inmate a copy, that was a false statement by the defense. I asked Off. Jukes, Pentelis, who is now a Corp. and Corp. Hill about why the chain of command does not exist here and I tried to get them to start signing my request slips on the spot, Pentelis stated that they were not allowed to sign them and give us copies anymore, they had to reach their destination first. I have went to staff about my medical problem, they said I had to take it up with medical. I've given a copy of my inmate account statement, each $10 med. pay is a request from me to them and I see none of that

Page 2.

in the records that they submitted. I've been requesting a legal in order to register with the Electronic noticing system, and its been to no avail. Now they have started opening my legal mail and they are also continueing to send me to the same doctor that I've brought this suit against, I was under the impression that I was to have no contact what so ever with the defendants or their attornies. I am hereby willing to take a lie detector test attesting to the truthfulness of my statements.

Comp. #2

I've filed numerous complaint and have yet to recieve any response, Sgt. Tabb is the staff member that will answer your request. I feel the need for an independant doctor to look at my ex rays before my Nov-3rd operation and then look at my after ex rays. If Dr. Hilyer would have taken the time to examine his work after the operation he would have known that it was unsuccessful, but because of his neglagence, I did not recieve another operation until may. I must also state that the last operation was no more successful than the first, if he is not responsible than who is. How can doctor not be held responsible for the patients under his care? The doctor has

Page 3.

Page 3.

Comp.#2. a history with the institution and if someone look into it, they would see. MAJ. TORBERT, J. JONES and LT. WELCH have to approve any medical trip, operation, physical therapy or any inmate leaving the institution for any reason. They also have to approve any money being spent, so they had to know my condition. Once I entered this jail I became the sole responsibility of the institution and the people that run it, I cannot even see to my most basic needs. I'm totally dependant on them for food, clothing, toiletry, cosmetics and medical assistence. If they are not responsible for me then why would I go to them with anything? either they are responsible for the people in their care or not. I've been requesting that Sgt. TASB send me another print out of my inmate account statement to send to the magistrate Judge. These people represent a single body or else they fail to fuction in their correct capacity, I hereby state that my statement are true and binding.

Date: 7-17-07

Signed. James E. Slaughter

# CERTIFICATE of SERVICE

I Certify That the Above foregoing document has been Served on the following Counsel as listed below by placing a Copy of Said document in The U.S. Mail, ~~first class postage prepaid~~ and properly addressed on this 25 day of July 2007.

Emily G. MaRKs  
E. Ham Wilson. JR,  
P.O. Box 2148  
MonTgomery AL,  
36102-2148

DARYl L. MASTeRS  
Webb + Eley  
P.O. Box 240909  
MonTgomery. AL  
36124

James E. Slaughter  
OF COUNSEL



MONTGOMERY AL 361
27 JUL 2007 PM 1 L

James E. Slaughter
Lee County Detention Center
P.O. Box 2407
Opelika, AL 36801

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL
36101-0711