IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES E. SLAUGHTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:07-CV-366-MHT |
| ) | WO |
| RONALD W. HILYER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge entered herein on August 2, 2007 (Doc. #15), and upon an independent and de novo review of the file in this case, said Recommendation is hereby adopted, and it is the ORDER of this court that

1. The motion for summary judgment filed by Dr. Ronald W. Hilyer (Doc. #8) is GRANTED;

2. The plaintiff's 42 U.S.C. § 1983 claims against Dr. Ronald W. Hilyer are DISMISSED with prejudice;

3. To the extent the plaintiff seeks to proceed against Dr. Hilyer under state law, any such state law claims are DISMISSED without prejudice;

4. The motion for summary judgment filed by Jay Jones, Cary Torbert, Corey Welch, Dr. John McFarland and Linda Stewart (Doc. #12) is GRANTED to the extent that these defendants seek dismissal of this case for plaintiff's failure to exhaust an available administrative remedy;

    5.  The plaintiff's claims against Jay Jones, Cary Torbert, Corey Welch, Dr. John McFarland and Linda Stewart are DISMISSED without prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to exhaust an available administrative remedy; and

    6.  This case is DISMISSED.

It is further ORDERED that the application to proceed without payment of fees (Doc. #2) is granted.

DONE, this the 27th day of August, 2007.

                                     /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE